**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
                              (State)

Case number (*if known*): _____ Chapter **11**

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | GenapSys, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 0 – 0 6 2 3 9 0 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 200 Cardinal Way, 3rd Floor | |
| Number     Street | Number      Street |
| | P.O. Box |
| Redwood City     CA    94063 | |
| City             State   ZIP Code | City              State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Mateo | |
| County | Number      Street |
| | |
| | City              State   ZIP Code |

5. **Debtor's website** (URL)    https://genapsys.com

RLF1 27548072v.1

Debtor    <u>GenapSys, Inc.</u>                                           Case number *(if known)*_____
           <sub>Name</sub>

---

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

<u>5</u>  <u>4</u>  <u>1</u>  <u>7</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    GenapSys, Inc.
_____    Case number *(if known)*_____
        Name

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                                   MM / DD / YYYY

            District _____    When _____    Case number _____
                                                   MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

            District _____    When _____
                                                   MM / DD / YYYY

            Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street

                           _____

                           City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

**Statistical and administrative information**

---

Debtor  GenapSys, Inc.

Case number (if known)_____

Name

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/11/2022
              MM / DD / YYYY

☒ _____              Britton Russell
Signature of authorized representative of debtor     Printed name

Title   Chief Financial Officer and Treasurer

Debtor    GenapSys, Inc.
_____
Name

Case number (if known) _____

**18. Signature of attorney**

✗ /s/ Daniel J. DeFranceschi
_____
Signature of attorney for debtor

Date    07/11/2022
_____
MM/ DD / YYYY

Daniel J. DeFranceschi
_____
Printed name

Richards, Layton & Finger, P.A.
_____
Firm name

One Rodney Square, 920 North King Street
_____
Number        Street

Wilmington                                    DE        19801
_____
City                                          State      ZIP Code

(302) 651-7700                                defranceschi@rlf.com
_____
Contact phone                                 Email address

2732                                          DE
_____
Bar number                                    State

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GENAPSYS, INC.,[1] | Case No. 22-_____ (___) |
| Debtor. |  |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND
## LIST OF EQUITY INTEREST HOLDERS PURSUANT TO
## FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the above-captioned debtor and debtor in possession (the "Debtor"), to the best of its

knowledge, information, and belief, hereby states as follows:

1.     Zone III Healthcare Holdings, LLC (10.74%) is the only entity that directly or

indirectly owns 10% or more of the equity interests in the Debtor in the aggregate.

2.     The following chart lists all equity security holders of the Debtor:

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| **Series A Preferred Equity Security Holders** | | |
| Decheng Capital China Life Sciences USD Fund I, LP c/o Decheng Capital China Management I (Cayman), LLC P.O. Box 309, Ugland House Grand Cayman, KY1-1104, Cayman Islands | 2,905,000 | 34.205% |

---

[1]    The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904).  The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| IPV Capital II HK Limited<br>Room 908, Platinum Building, No. 233<br>Taicang Road, Shanghai 200020 China | 1,500,000 | 17.662% |
| The Board of Trustees of the Leland Stanford Junior University (PVF)<br>c/o Stanford Management Company<br>635 Knight Way<br>Stanford, CA 94305-7297 | 675,000 | 7.948% |
| Debala Trust<br>3 Rue du Commerce<br>1204 Geneva<br>Switzerland | 2,475,165 | 29.144% |
| Amidi, LLC<br>c/o Rahim Amidhozour<br>370 Convention Way<br>Redwood City, CA 94063 | 291,111 | 3.428% |
| Golgoun Habibi<br>ADDRESS ON FILE | 236,761 | 2.788% |
| James C. Kitch<br>ADDRESS ON FILE | 61,236 | 0.721% |
| Masoud Vakili<br>ADDRESS ON FILE | 29,120 | 0.343% |
| Richard T. Reel<br>ADDRESS ON FILE | 24,239 | 0.285% |
| Hossein Allahmadi<br>ADDRESS ON FILE | 113,029 | 1.331% |
| Fatemeh Ebtehaj<br>ADDRESS ON FILE | 69,312 | 0.816% |
| Sara Nazari<br>ADDRESS ON FILE | 113,029 | 1.331% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| **Series B Preferred Equity Security Holders** | | |
| Jem Management Limited<br>Seascape Apartments, Apartment #7<br>Romney Park West End, Tortola, VG 1130<br>British Virgin Islands | 1,679,317 | 27.407% |
| Gattaca LLC<br>One Penn Plaza, 36th Floor<br>New York, NY 10119 | 1,427,419 | 23.296% |
| Stanford StartX Fund<br>Stanford Management Company<br>Attn: Jeffrey Sefa-Boakye<br>635 Knight Way<br>Stanford, CA 94305-7297 | 605,645 | 9.884% |
| Casdin Partners Master Fund, LP<br>1350 Avenue of the Americas<br>Suite 1140<br>New York, NY 10019 | 251,897 | 4.111% |
| Decheng Capital China Life Sciences USD Fund I, LP<br>c/o Decheng Capital China Management I (Cayman), LLC<br>P.O. Box 309, Ugland House<br>Grand Cayman, KY1-1104, Cayman Islands | 1,343,454 | 21.926% |
| IPV Capital II HK Limited<br>Room 908, Platinum Building, No. 233<br>Taicang Road, Shanghai 200020 China | 775,692 | 12.333% |
| Amidi, LLC<br>370 Convention Way<br>Redwood City, CA 94063 | 63,901 | 1.043% |
| **Series C Preferred Equity Security Holders** | | |
| Trinitas Capital G, L.P.<br>401, 4/F Building 2, No. 39, Dongzhimenwai Street<br>Dongcheng District, Beijing, China | 1,323,788 | 29.003% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| The Moghadam 2012 Dynasty Trust, Dated December 18, 2012<br>2990 Vallejo Street<br>San Francisco, CA 94123 | 149,692 | 3.280% |
| The Moghadam 2012 Dynasty Trust, Dated December 18, 2012<br>2990 Vallejo Street<br>San Francisco, CA 94123 | 443,245 | 9.711% |
| Foresite Capital Fund IV, L.P.<br>c/o Foresite Capital Management<br>600 Montgomery Street, 45th Floor<br>San Francisco, CA 94111 | 2,647,576 | 58.006% |
| **Series D Preferred Equity Security Holders** | | |
| Zone III Healthcare Holdings, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Philip Dreyfuss | 2,551,020 | 28.571% |
| Zone III Healthcare Holdings, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111<br>Attn: Philip Dreyfuss | 3,188,776 | 35.714% |
| Soleus Private Equity Fund, II, L.P.<br>c/o Soleus Private Equity GP II, LLC<br>104 Field Point Road, Second Floor<br>Greenwich, CT 06830<br>Attn: Steven J. Musumeci | 446,429 | 5.000% |
| Soleus Private Equity Fund, II, L.P.<br>c/o Soleus Private Equity GP II, LLC<br>104 Field Point Road, Second Floor<br>Greenwich, CT 06830<br>Attn: Steven J. Musumeci | 956,632 | 10.714% |
| Dattels/Johnson 1992 Family Trust<br>2960 Vallejo Street<br>San Francisco, CA 94123 | 127,551 | 1.429% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| David & Barbara Roux Trust<br>1990 Main Street, Suite 750<br>Sarasota, FL 34236 | 127,551 | 1.429% |
| Farallon Overflow Fund, L.P.<br>c/o Farallon Capital Management, LLC<br>One Maritime Plaza, Suite 2100<br>San Francisco, CA 94111 | 637,755 | 7.143% |
| Fredrik and Danielle Eliasson Joint Revocable Living Trust U/A 1/31/2018<br>1291 Ponte Vedra Blvd<br>Ponte Vedra Beach, FL 32082 | 63,755 | 0.714% |
| Jason and Harmony Myers<br>ADDRESS ON FILE | 63,775 | 0.714% |
| Manning Family Foundation<br>200 Garrett Street, Suite O<br>Charlottesville, VA 22902 | 255,102 | 2.857% |
| PBM GEN Holdings, LLC<br>200 Garrett Street, Suite O<br>Charlottesville, VA 22902 | 382,653 | 4.286% |
| The Myers Family 2020 Irrevocable Trust<br>7300 S Sourdough Dr.<br>Morrison, CO 80465 | 63,775 | 0.714% |
| ZoCo LLLP<br>220 20th Avenue<br>Santa Cruz, CA 95062 | 63,775 | 0.714% |
| **Common Equity Security Holders** | | |
| Hossein Akhlaghpour<br>ADDRESS ON FILE | 76,875 | 0.303% |
| Ramya Akula Suresh Babu<br>ADDRESS ON FILE | 14,124 | 0.056% |
| Manjula Aliminati<br>ADDRESS ON FILE | 3,281 | 0.013% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Siddarth Arumugam<br>ADDRESS ON FILE | 1,666 | 0.006% |
| Srijeeta Bagchi<br>ADDRESS ON FILE | 12,000 | 0.047% |
| Anooshka Barua<br>ADDRESS ON FILE | 937 | 0.004% |
| Susanne Baumhueter<br>ADDRESS ON FILE | 46,750 | 0.184% |
| Curt Becker<br>ADDRESS ON FILE | 30,000 | 0.118% |
| Daniel Bozinov<br>ADDRESS ON FILE | 8,125 | 0.032% |
| Benjamin Bronson<br>ADDRESS ON FILE | 7,083 | 0.028% |
| Corinne Butler<br>ADDRESS ON FILE | 750 | 0.003% |
| Nestor Castillo<br>ADDRESS ON FILE | 3,333 | 0.013% |
| Andrew Chase, Trustee of The Andrew Chase 2005 Rev Trust UAD 3/29/05<br>281 Georgia Lane<br>Portola Valley, CA 94028 | 52,951 | 0.209% |
| Huiyi Chen<br>ADDRESS ON FILE | 1,000 | 0.004% |
| Yongzhi Chen<br>ADDRESS ON FILE | 7,123 | 0.028% |
| Terence Tan Eng Chuan<br>ADDRESS ON FILE | 127,551 | 0.503% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Thames Dang<br>ADDRESS ON FILE | 1,562 | 0.006% |
| Jagtar Dhillon<br>ADDRESS ON FILE | 27,083 | 0.107% |
| Solomon Doomson<br>ADDRESS ON FILE | 16,125 | 0.064% |
| Fredrik Eliasson<br>ADDRESS ON FILE | 15,100 | 0.059% |
| EquityZen Growth Technology Fund LLC - Series 670<br>c/o EquityZen Advsors LLC<br>30 Broad Street, Suite 1200<br>New York, NY 10004 | 10,425 | 0.041% |
| EquityZen Growth Technology Fund LLC - Series 1130<br>c/o EquityZen Advsors LLC<br>30 Broad Street, Suite 1200<br>New York, NY 10004 | 30,000 | 0.118% |
| EquityZen Growth Technology Fund LLC - Series 838<br>c/o EquityZen Advsors LLC<br>30 Broad Street, Suite 1200<br>New York, NY 10004 | 169,144 | 0.667% |
| EquityZen Growth Technology Fund LLC - Series 944<br>c/o EquityZen Advsors LLC<br>30 Broad Street, Suite 1200<br>New York, NY 10004 | 83,328 | 0.329% |
| Hesaam Esfandyarpour<br>ADDRESS ON FILE | 7,824,020 | 30.867% |
| Majid Esfandyarpour<br>ADDRESS ON FILE | 150,000 | 0.592% |
| Rahim Esfandyarpour<br>ADDRESS ON FILE | 150,000 | 0.592% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Vahid Esfandyarpour<br>ADDRESS ON FILE | 150,000 | 0.592% |
| Mohammad Fallahi<br>ADDRESS ON FILE | 7,500 | 0.030% |
| Hamid Reza Golnabi<br>ADDRESS ON FILE | 25,000 | 0.099% |
| Xavier Gomes<br>ADDRESS ON FILE | 60,000 | 0.237% |
| Max Greenfeld<br>ADDRESS ON FILE | 48,625 | 0.192% |
| Larry Greenfield<br>ADDRESS ON FILE | 100 | 0.000% |
| Nitin Gupta<br>ADDRESS ON FILE | 7,500 | 0.030% |
| Golgoun Habibi<br>ADDRESS ON FILE | 40,000 | 0.158% |
| Bill Hammack<br>ADDRESS ON FILE | 28,333 | 0.112% |
| Linda Hsie<br>ADDRESS ON FILE | 29,583 | 0.117% |
| Anand Jog<br>ADDRESS ON FILE | 6,926 | 0.027% |
| Audun Johnson<br>ADDRESS ON FILE | 541 | 0.002% |
| James F. Jordan<br>ADDRESS ON FILE | 52,951 | 0.209% |
| Maryam Jouzi<br>ADDRESS ON FILE | 26,000 | 0.103% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Kambiz Kaviani<br>ADDRESS ON FILE | 125,000 | 0.493% |
| Paul Kenney<br>ADDRESS ON FILE | 10,000 | 0.039% |
| James Kitch<br>ADDRESS ON FILE | 80,000 | 0.316% |
| Uplaksh Kumar<br>ADDRESS ON FILE | 5,000 | 0.020% |
| Jack Hiu Ming Lam<br>ADDRESS ON FILE | 8,333 | 0.033% |
| Aldrich Lau<br>ADDRESS ON FILE | 3,000 | 0.012% |
| Cheng-Chung Lee<br>ADDRESS ON FILE | 42,500 | 0.168% |
| David Lieberman<br>ADDRESS ON FILE | 625 | 0.002% |
| Eric LoPrete<br>ADDRESS ON FILE | 2,000 | 0.008% |
| David Love<br>ADDRESS ON FILE | 17,500 | 0.069% |
| Ali Mani<br>P.O. Box 19525<br>Stanford, CA 94309 | 21,250 | 0.084% |
| Victoria Mapar<br>ADDRESS ON FILE | 7,500 | 0.030% |
| Mahdokht Masaeli<br>ADDRESS ON FILE | 3,645 | 0.014% |
| Diana McKenzie<br>ADDRESS ON FILE | 13,901 | 0.055% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| | | |
| Avaleigh Milne<br>ADDRESS ON FILE | 30,833 | 0.122% |
| Hoda Mirhashemi<br>ADDRESS ON FILE | 3,124 | 0.012% |
| Dan Moyer<br>ADDRESS ON FILE | 26,250 | 0.104% |
| MVP LS Fund CV LLC<br>11601 Alterra Pkwy, Ste 100<br>Austin, TX 78758 | 11,792 | 0.047% |
| Ali Nabi BidHendi<br>ADDRESS ON FILE | 40,000 | 0.158% |
| Hooman Nezamfar<br>ADDRESS ON FILE | 18,836 | 0.074% |
| Yoshio Nishi<br>ADDRESS ON FILE | 12,720 | 0.050% |
| Eric Nordman<br>ADDRESS ON FILE | 80,375 | 0.317% |
| Saurabh Paliwal<br>ADDRESS ON FILE | 38,000 | 0.150% |
| Kosar Parizi<br>ADDRESS ON FILE | 1,907,586 | 7.526% |
| Chungsoo Park<br>ADDRESS ON FILE | 15,624 | 0.062% |
| Leila Rastegar<br>ADDRESS ON FILE | 404,166 | 1.594% |
| Richard Reel<br>ADDRESS ON FILE | 52,750 | 0.208% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Meysam Rezaei Barmi<br>ADDRESS ON FILE | 10,000 | 0.039% |
| Frederic Roger<br>ADDRESS ON FILE | 28,200 | 0.111% |
| Amir Samakar<br>ADDRESS ON FILE | 24,479 | 0.097% |
| Subramanian Sankar<br>ADDRESS ON FILE | 224,874 | 0.887% |
| Denisa Selby<br>ADDRESS ON FILE | 1,250 | 0.005% |
| David Shtern<br>ADDRESS ON FILE | 3,750 | 0.015% |
| Jan Simons<br>ADDRESS ON FILE | 18,750 | 0.074% |
| Ruchita Singhal<br>ADDRESS ON FILE | 5,000 | 0.020% |
| Victor Solovyev<br>ADDRESS ON FILE | 6,228 | 0.024% |
| Narin Tangprasertchai<br>ADDRESS ON FILE | 6,666 | 0.026% |
| Robert Tarbox<br>ADDRESS ON FILE | 68,950 | 0.272% |
| The Board of Trustees of the Leland Stanford Junior University (PVF)<br>c/o Stanford Management Company<br>635 Knight Way<br>Stanford, CA 94305-7297 | 192,978 | 0.761% |
| The Cyrus the Great Trust<br>c/o Hesaam Esfandyarpour<br>600 Castle Hill Road | 2,643,122 | 10.427% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Redwood City, CA 94061 | | |
| The Goldman Sachs Trust Company of Delaware as Trustee of the Anahita KP Trust c/o The Goldman Sachs Trust Company 200 Bellevue Parkway, Suite 250, Wilmington, DE 19809 | 2,000,000 | 7.890% |
| The Goldman Sachs Trust Company of Delaware as Trustee of the Darius HE Trust c/o The Goldman Sachs Trust Company 200 Bellevue Parkway, Suite 250 Wilmington, DE 19809 | 3,500,000 | 13.808% |
| The Kaboli-Farhad Family 2011 Trust 2042 Barbara Drive Palo Alto, CA 94303 | 10,590 | 0.042% |
| The Moghadam 2012 Dynasty Trust, Dated December 18, 2012 2990 Vallejo Street San Francisco, CA 94123 | 1,507,429 | 5.947% |
| The Venus the Great Trust c/o Kosar Baghbani Parizi 600 Castle Hill Road Redwood City, CA 94061 | 2,643,122 | 10.427% |
| Anthony Thomas ADDRESS ON FILE | 200 | 0.001% |
| Christopher Thomas ADDRESS ON FILE | 1,687 | 0.007% |
| David Todd ADDRESS ON FILE | 400 | 0.002% |
| Danny Tran ADDRESS ON FILE | 700 | 0.003% |
| Seyyed Mir Abolhassan Vaezi ADDRESS ON FILE | 6,000 | 0.024% |

| Name & Address | Number | Percentage (within each class) |
|---|---|---|
| Masoud Vakili<br>ADDRESS ON FILE | 38,750 | 0.153% |
| Lisen Wang<br>ADDRESS ON FILE | 30,000 | 0.118% |
| Westbury Advisors, LLC<br>ADDRESS ON FILE | 5,000 | 0.020% |
| Cathy Wimmer<br>ADDRESS ON FILE | 10,000 | 0.039% |
| Wen Yang<br>ADDRESS ON FILE | 7,187 | 0.028% |
| Maedeh Zamani<br>ADDRESS ON FILE | 1,580 | 0.006% |
| Robert Zollars<br>ADDRESS ON FILE | 15,100 | 0.059% |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td><td></td></tr>
</table>

| Fill in this information to identify the case: |
| --- |
| Debtor name: GenapSys, Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number (if known): _____ |

☐ Check if this is an amended filing

<u>Official Form 204</u>

### Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 1 | FORESITE CAPITAL FUND IV LP<br>C/O FORESITE CAPITAL MANAGEMENT<br>600 MONTGOMERY STREET, 45TH FLOOR<br>SAN FRANCISCO, CA 94111 | FORESITE CAPITAL FUND IV LP<br>PHONE:<br>FAX:<br>EMAIL: Jim@foresitecapital.com | Litigation | C/U/D | | | $50,000,000.00 |
| 2 | CDW DIRECT LLC<br>PO BOX 75723<br>CHICAGO IL 60675-5723 | CDW DIRECT LLC<br>PHONE: (866) 863-9514<br>FAX:<br>EMAIL: achremittance@cdw.com | Trade debt | | | | $348,615.77 |
| 3 | PARAMIT CORPORATION<br>18735 MADRONE PARKWAY<br>MORGAN HILL CA 95037 | PARAMIT CORPORATION<br>PHONE: (408) 778-7600<br>FAX:<br>EMAIL: lnham@paramit.com | Trade debt | | | | $324,625.60 |
| 4 | TOOLBOX MEDICAL INNOVATIONS<br>1050 WESTLAKES DRIVE<br>BERWYN PA 19312 | TOOLBOX MEDICAL INNOVATIONS<br>PHONE: (888) 445 2333<br>FAX:<br>EMAIL: lori.stark@te.com | Trade debt | | | | $190,790.73 |
| 5 | NEW ENGLAND BIOLABS<br>PO BOX 3933<br>BOSTON MA 02241-3933 | NEW ENGLAND BIOLABS<br>PHONE: (978) 927-5054<br>FAX:<br>EMAIL: accountsreceivable@neb.com | Trade debt | | | | $130,617.79 |
| 6 | UMC GROUP USA<br>488 DEGUIGNE DRIVE<br>SUNNYVALE CA 94085 | UMC GROUP USA<br>PHONE: (408) 523-7800<br>FAX:<br>EMAIL: ar@umc-usa.com | Trade debt | | | | $129,800.00 |
| 7 | HCP LIFE SCIENCE REIT<br>C/O HEALTHPEAK PROPERTIES, INC.<br>HCP LIFE SCIENCE REIT (ACH)<br>1920 MAIN STREET SUITE 1200<br>IRVINE CA 92614 | HCP LIFE SCIENCE REIT<br>PHONE:<br>FAX:<br>EMAIL: LISA.KUHN@CBRE.COM | Trade debt | | | | $109,235.76 |
| 8 | COOLEY LLP<br>101 CALIFORNIA<br>5TH FLOOR<br>SAN FRANCISCO CA 94111-5800 | COOLEY LLP<br>PHONE: (415) 693-2000<br>FAX:<br>EMAIL: tgibson@cooley.com | Trade debt | | | | $87,063.64 |
| 9 | NOVO CONSTRUCTION, INC.<br>1460 O' BRIEN DRIVE<br>MENLO PARK CA 94025 | NOVO CONSTRUCTION, INC.<br>PHONE: (650) 400-3169<br>FAX:<br>EMAIL: tbriar@novoconstruction.com | Trade debt | | | | $77,966.61 |
| 10 | SADA SYSTEMS<br>5250 LANKERSHIM BLVD<br>SUITE# 620<br>NORTH HOLLYWOOD CA 91601 | SADA SYSTEMS<br>PHONE: (818) 942-2021<br>FAX:<br>EMAIL: ever.deleon@sada.com | Trade debt | | | | $77,856.51 |
| 11 | IMEC VZW<br>KAPELDREEF 75<br>B-3001 LEUVEN<br>BELGIUM | IMEC VZW<br>PHONE: (408) 294-4841<br>FAX:<br>EMAIL: barbb@peninsulacrane.com | Trade debt | | | | $72,675.51 |
| 12 | WILLKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILLKIE FARR & GALLAGHER LLP<br>PHONE: (212) 728-8000<br>FAX: (212) 728-8111<br>EMAIL: | Trade debt | | | | $65,482.62 |
| 13 | DAISHO DENSHI AMERICA INC<br>3480 TORRANCE BLVD SUITE 206<br>TORRANCE CA 90503 | DAISHO DENSHI AMERICA INC<br>PHONE: (310) 543-4830<br>FAX:<br>EMAIL: | Trade debt | | | | $53,524.60 |
| 14 | HDMZ (ACH)<br>HARRIS D. MCKINNEY<br>55 WEST WACKER DRIVE SUITE 850<br>CHICAGO IL 60601 | HDMZ (ACH)<br>PHONE: (312) 506-5200<br>FAX:<br>EMAIL: accounting@hdmz.com | Trade debt | | | | $43,131.08 |
| 15 | WESTEC PLASTICS CORPORATION<br>6757 LAS POSITAS RD<br>LIVERMORE CA 94551 | WESTEC PLASTICS CORPORATION<br>PHONE: (925) 454-3400 x116<br>FAX:<br>EMAIL: lkulak@westecplastics.com | Trade debt | | | | $36,838.46 |
| 16 | STINSON COMMUNICATIONS ,INC<br>141 ADELAIDE ST W,<br>TORONTO ON  M5H 3L5<br>CANADA | STINSON COMMUNICATIONS ,INC<br>PHONE: (437) 580-6779<br>FAX:<br>EMAIL: surbhi@stinson.com | Trade debt | | | | $28,750.00 |
| 17 | TRANSPERFECT DOCUMENT MANAGEMENT, INC.<br>1250 BROADWAY<br>32ND FLOOR<br>NEW YORK NY 10001 | TRANSPERFECT DOCUMENT MANAGEMENT, INC.<br>PHONE: (212) 689-5555<br>FAX:<br>EMAIL: ar@transperfect.com | Trade debt | | | | $23,965.40 |

Debtor GenapSys, Inc.

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| 18 | GILMARTIN GROUP LLC<br>60 E SIR FRANCIS DRAKE BLVD.<br>SUITE 208<br>LARKSPUR CA 94939 | GILMARTIN GROUP LLC<br>PHONE: (415) 937-5400<br>FAX:<br>EMAIL: accounting@gilmartinir.com | Trade debt | | | $20,000.00 |
| 19 | ELSEVIER INC.<br>PO BOX 7247-8455<br>PHILADELPHIA PA 19170-8455 | ELSEVIER INC.<br>PHONE:<br>FAX:<br>EMAIL: invoicing_Americas@elsevier.com | Trade debt | | | $16,485.00 |
| 20 | OLIGO FACTORY INC<br>70 BARTZAK DRIVE<br>UNIT# 1<br>HOLLISTON MA 01746 | OLIGO FACTORY INC<br>PHONE: (508) 275-3561<br>FAX:<br>EMAIL: acct@oligofactory.com | Trade debt | | | $15,675.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___GenapSys, Inc.___

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (if known) _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒  Other document that requires a declaration__Consolidated Corporate Ownership Statement and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/11/2022__          **✗** _~~Britton Russell~~_____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

                        __Britton Russell_____
                        Printed name

                        __Chief Financial Officer_____
                        Position or relationship to debtor

## SECRETARIAL CERTIFICATE

The undersigned, Secretary of GenapSys, Inc., a Delaware corporation (the "Company"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Attached hereto as Exhibit A is a true and complete copy of the Resolutions (the "Resolutions") of the Board of Directors (the "Board") of the Company, duly adopted at a lawfully convened meeting of the Board on July 11, 2022 (the "Board Meeting"), by vote of the directors. The size of the Board is seven directors, and a quorum of the Board was present. The Resolution regarding the Sale Process was approved by five directors. The remaining Resolutions were approved by six directors.

3. Such Resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board relating to the matters set forth in the Resolutions attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 11th day of July, 2022.

By: _Dana Moss_____
Name:  Dana Moss
Title:  Secretary

## **Exhibit A**

Resolutions

*See attached.*

**RESOLUTIONS
OF THE
BOARD OF DIRECTORS
OF
GENAPSYS, INC.
<u>a Delaware corporation</u>**

Adopted July 11, 2022 at a meeting of the Board

**WHEREAS**, the Board of Directors (the "<u>Board</u>") of GenapSys, Inc. (the "<u>Company</u>") has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal and financial advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>").

**NOW, THEREFORE, BE IT :**

**<u>Commencement and Prosecution of the Bankruptcy Case</u>**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that a voluntary petition (the "<u>Petition</u>") be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") commencing a case (the "<u>Bankruptcy Case</u>") under the provisions of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that the filing of a voluntary petition on behalf of the Company be, and the same hereby is, approved, authorized, and adopted in all respects and that the Company's chief executive officer and chief financial officer (each of the foregoing, individually, an "<u>Authorized Officer</u>" and together, the "<u>Authorized Officers</u>"), be and they hereby are, authorized and empowered on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time and in such form as either of the Authorized Officers may determine (which approval and authorization thereof shall be conclusively evidenced by the filing of the Petition with the Bankruptcy Court); and it is further

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized to (a) execute and file the Petition, along with all schedules of assets and liabilities, statements of financial affairs, lists, and other papers that either of the Authorized Officers may determine necessary or proper in connection with such chapter 11 case, (b) execute, acknowledge, deliver,

and verify any and all documents necessary or proper in connection with the Petition and to administer the Bankruptcy Case in such form or forms as either of the Authorized Officers may determine necessary or proper and in order to effectuate the foregoing resolutions, and (c) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers or other experts, as either of the Authorized Officers determine necessary or proper to accomplish the purposes of the resolutions, with any such determinations being conclusively evidenced by the executing, filing, acknowledging, delivering, verifying, or engaging thereof by either such Authorized Officer); and it is further

### Retention of Professionals

**RESOLVED**, that retention and engagement of the law firm of Richards, Layton & Finger, P.A. ("RLF") to represent the Company, as a debtor and debtor in possession, in connection with the Bankruptcy Case, be and hereby approved and authorized in all respects, and RLF shall be, and hereby is authorized, empowered, and directed to (a) represent the Company, as a debtor and debtor in possession, in connection with the Bankruptcy Case, (b) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as either of the Authorized Officers deem necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions, (c) execute, acknowledge, deliver, verify, and file or cause to be filed the Petition, along with all schedules, statements, lists, motions, applications, and other papers or documents necessary or proper in connection with the foregoing, and (d) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Bankruptcy Case in such form or forms as either of the Authorized Officers may deem necessary or proper and in order to effectuate the purpose of the intent of the foregoing resolutions, which approval and authorization thereof shall be conclusively evidenced by RLF taking any such action referenced above; and it is further

**RESOLVED**, that retention and engagement of the law firm of Willkie Farr & Gallagher LLP ("Willkie") to represent the Company as its special litigation and transactional counsel, in connection with the Bankruptcy Case, be and hereby approved and authorized in all respects, and Willkie shall be, and hereby is, authorized, empowered, and directed to represent and advise the Company on litigation, corporate, and finance matters, and to take any and all actions to advance the Company's rights and obligations in connection with litigation, corporate, and finance matters; and it is further

**RESOLVED**, that retention and engagement of Lazard Frères & Co. LLC ("Lazard") to represent the Company as its investment banker in connection with the Bankruptcy Case be, and hereby are approved and authorized in all respects, and Lazard be, and hereby is authorized, empowered, and directed to represent the Company as its investment banker in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that retention and engagement of Kroll Restructuring Administration LLC ("Kroll," and together with RLF, Willkie, and Lazard, collectively, the "Advisors") as the Company's claims, noticing, and administrative agent in connection with the

Bankruptcy Case be, and hereby is approved and authorized in all respects, and Kroll be, and hereby is be, and hereby is authorized, empowered, and directed to represent the Company as its claims, noticing and administrative agent in connection with the Bankruptcy Case; and it is further

**RESOLVED**, that the Advisors are hereby authorized to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the Bankruptcy Case; and it is further

## Postpetition Financing

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officers shall be, and hereby are, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, and deliver agreements for the use of cash collateral in connection with the Bankruptcy Case, which agreement(s) may require the Company to acknowledge the debt and liens of existing loans, grant liens, and pay interest to the Company's existing lender(s), on terms substantially similar to those described or provided to the Board; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is further

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officers shall be, and hereby are, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to (a) negotiate, execute, and deliver agreements for post-petition financing, including that certain Secured Debtor-In-Possession Term Loan and Security Agreement (the form, terms, and provisions of which and the transactions contemplated thereby are hereby approved, authorized, and adopted in all respects), on terms substantially similar to those described or provided to the Board; (b) pledge and grant liens on the Company's assets as may be contemplated by or required under the terms of such post-petition financing; or (c) execute, deliver, verify and/or file, or cause to be filed and/or executed, delivered or verified, and to amend, supplement or otherwise modify from time to time, all necessary and appropriate documents, including, without limitation, affidavits, schedules, motions, pleadings and other documents, agreements and papers, postpetition financing documents and loan agreements (including any ancillary documents thereto) in such form as an Authorized Officer may approve, and to take any and all actions that an Authorized Officer determine advisable, necessary or appropriate in connection with any post-petition financing or any cash collateral usage contemplated hereby or thereby (such approval and the approval of the Board to be conclusively evidenced by the execution thereof or taking of such action by an Authorized Officer); and it is further

## Sale Process

**RESOLVED**, that in connection with the Bankruptcy Case, the Authorized Officers shall be, and hereby are, authorized, directed, and empowered, in the name of and on behalf of the Company, to commence a bidding and sale process for  the Company's assets and

pursue negotiations with any interested parties regarding a sale of such assets pursuant to section 363 of the Bankruptcy Code or otherwise; and it is further

<u>**General Resolutions**</u>

**RESOLVED,** that the Authorized Officers shall be, and hereby are, authorized, directed, and empowered, in the name and on behalf of the Company, as a debtor and debtor in possession, to negotiate, execute, deliver, and perform on behalf of the Company such actions and execute, acknowledge, deliver and verify such agreements, certificates, instruments, guaranties, notices, and any and all other documents, and to amend, supplement or otherwise modify from time to time agreements, certificates, instruments, guaranties, notices, and all other documents, including, without limitation, affidavits, schedules, motions, pleadings and other documents, agreements and papers, in such form as an Authorized Officer may approve, and to take any and all actions that an Authorized Officer determine advisable, necessary or appropriate in connection with the chapter 11 case or as the Authorized Officers may deem necessary or proper to facilitate the transactions contemplated by these resolutions (such approval and the approval of the Board to be conclusively evidenced by the execution thereof or taking of such action by an Authorized Officer); and it is further

**RESOLVED**, that all acts done or actions taken prior to the date hereof by the Authorized Officers or any professionals engaged by the Company with respect to any transactions contemplated by the foregoing resolutions, or otherwise in preparation for or in connection with the Bankruptcy Case, or any proceedings related thereto, or any matter related thereto, be and hereby are, adopted, approved, authorized ratified, and confirmed in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that these resolutions of the Board shall be filed with the minutes of the proceedings of the Board.