# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR VIDEO HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JULY 13, 2022 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE[2]**

---

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

https://debuscourts.zoomgov.com/meeting/register/vJItc-mrrjMvG54b0VPpjknXcvMPQ618uSk

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

---

PLEASE TAKE NOTICE that on July 11, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the following voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

A.   Voluntary Petition:

1.   GenapSys, Inc.

---

[1]   The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

[2]   All motions and other pleadings referenced herein are available online at the following address: https://cases.ra.kroll.com/genapsys/.

PLEASE TAKE FURTHER NOTICE that in addition to filing the Petition, on July 11 and 12, 2022, the Debtor filed the following first day motions and related documents (collectively, the "First Day Motions"):

B.  First Day Declaration:

1.  Declaration of Britton Russell in Support of Debtor's Chapter 11 Petition and First Day Motions [Docket No. 11 – filed July 12, 2022]

C.  First Day Motions:

2.  Debtor's Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent Effective as of the Petition Date [Docket No. 3 – filed July 11, 2022]

3.  Debtor's Motion for Entry of Order (I) Authorizing the Debtor to Redact Certain Personal Identification Information and (II) Granting Related Relief [Docket No. 8 – filed July 11, 2022]

4.  Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 4 – filed July 11, 2022]

5.  Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 5 – filed July 11, 2022]

6.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7 – filed July 11, 2022]

7.  Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, and (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 6 – filed July 11, 2022]

8.  Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 10 – filed July 12, 2022]

PLEASE TAKE FURTHER NOTICE that a video hearing with respect to the First Day Motions is scheduled for July 13, 2022 at 9:30 a.m. (prevailing Eastern Time) before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware (the "First Day Hearing"). Parties who wish to participate in the First Day Hearing may do so by joining the Zoom hearing at the following link: https://debuscourts.zoomgov.com/meeting/register/vJItc-mrrjMvG54b0VPpjknXcvMPQ618uSk.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

3

Dated: July 12, 2022
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ David T. Queroli*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (*pro hac vice* pending)
Paul V. Shalhoub (*pro hac vice* pending)
Betsy L. Feldman (No. 6410)
Jessica D. Graber (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
pshalhoub@willkie.com
bfeldman@willkie.com
jgraber@willkie.com

*Proposed Co-Counsel to the Debtor and Debtor in Possession*

RLF1 27584560v.3