IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>Re: Docket No. 10 |

**NOTICE OF FILING OF REVISED INTERIM ORDER
(I) AUTHORIZING DEBTOR TO (A) USE CASH COLLATERAL AND
(B) GRANT ADEQUATE PROTECTION; (II) AUTHORIZING DEBTOR
TO (A) OBTAIN POSTPETITION FINANCING AND (B) GRANT LIENS
AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS;
(III) MODIFYING AUTOMATIC STAY; (IV) SETTING A FINAL
HEARING; AND (V) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on July 12, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion For Entry Of Interim And Final Orders (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief* [Docket No. 10] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as **Exhibit A** was a proposed form of order granting the relief requested in the Motion on an interim basis (the "Proposed Interim DIP Order").

PLEASE TAKE FURTHER NOTICE that the Debtor hereby files a revised version of the Proposed Interim DIP Order (the "Revised Interim DIP Order") to be presented to the Court at the hearing currently scheduled for **July 13, 2022 at 9:30 a.m. (prevailing Eastern Time)**

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

before the Honorable Brendan L. Shannon, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. A copy of the Revised Interim DIP Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline (without exhibits) of the Revised Interim DIP Order marked against the Proposed Interim DIP Order is attached hereto as **Exhibit 2**.

[*Remainder of page intentionally left blank*]

2

RLF1 27611687v.1

Dated: July 13, 2022
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ David T. Queroli*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (*pro hac vice* pending)
Paul V. Shalhoub (*pro hac vice* pending)
Betsy L. Feldman (No. 6410)
Jessica D. Graber (*pro hac vice* pending)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
rstrickland@willkie.com
pshalhoub@willkie.com
bfeldman@willkie.com
jgraber@willkie.com

*Proposed Co-Counsel to the Debtor and Debtor in Possession*