# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>**Re: Docket No. 59** |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 case:

| **Date & Time** | **Location** |
|---|---|
| August 15, 2022 at 11:00 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

**Dated: July 19th, 2022**
**Wilmington, Delaware**

                                            **BRENDAN L. SHANNON**
                                            **UNITED STATES BANKRUPTCY JUDGE**