**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| GENAPSYS, INC., | |
| Debtor. | Case No. 22-10621 (BLS) |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )  Debtors petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(  )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( X )  Insufficient response to the United States Trustee communication/contact for service on the committee.

(  )  No unsecured creditor interest

(  )  Non-operating debtor-in-possession - - No creditor interest.

(  )  Application to convert to Chapter 7 or to dismiss pending.

(  )  Converted or dismissed.

(  )  Other:

                                              **ANDREW R. VARA**
                                              **UNITED STATES TRUSTEE, REGIONS 3 & 9**

                                              /s/  Jane M. Leamy, for
                                              JOSEPH J. McMAHON, JR.
                                              Acting Assistant United States Trustee

DATED: July 26, 2022