## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GENAPSYS, INC.,[1] | ) | Case No. 22-10621 (BLS) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

    **PLEASE TAKE NOTICE** that Foresite Capital Fund IV, L.P. ("Foresite")

hereby appears by its counsel, Quinn Emanuel Urquhart & Sullivan LLP ("Quinn") and

Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Quinn and PSZJ hereby enter their appearances

pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and

Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

request that the undersigned be added to the official mailing matrix and service lists in this case.

Quinn and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b)

of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in

this chapter 11 case and copies of all papers served or required to be served in this chapter 11

case, including but not limited to, all notices (including those required by Bankruptcy Rule

2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans,

disclosure statements and all other matters arising herein or in any related adversary proceeding,

be given and served upon Foresite through service upon Quinn and PSZJ at the addresses,

telephone, and facsimile numbers set forth below:

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

QUINN EMANUEL URQUHART &
SULLIVAN LLP
Bennett Murphy
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: bennettmurphy@quinnemanuel.com

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones
Peter J. Keane
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       pkeane@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Foresite, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Foresite may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

2

Dated: August 2, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        pkeane@pszjlaw.com

-and-

QUINN EMANUEL URQUHART &
SULLIVAN LLP
Bennett Murphy
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: bennettmurphy@quinnemanuel.com

*Counsel to Foresite Capital Fund IV, L.P.*

DOCS_DE:240069.1 68700/001