IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
VIDEO HEARING ON AUGUST 4, 2022 AT 10:00 A.M. (PREVAILING EASTERN
TIME), BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM ON AUGUST 4, 2022 AT 10:00 A.M. (ET), AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
> https://debuscourts.zoomgov.com/meeting/register/vJItf-isqT0rHnV0j5TrGP9N1DOFVdIYDEA
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

I.   **RESOLVED MATTERS**:

1. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 4 – filed July 11, 2022]

    Objection / Response Deadline:    July 28, 2022 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

RLF1 27633749v.4

    i.    Interim Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 42 – entered July 13, 2022]

    ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (B) Final Hearing Thereon [Docket No. 48 – filed July 13, 2022]

    iii.    Certification of No Objection Regarding Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 83 – filed July 29, 2022]

    iv.    Final Order (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [Docket No. 87 – entered August 1, 2022]

Status: On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 5 – filed July 11, 2022]

Objection / Response Deadline:    July 28, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

    i.    Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 46 – entered July 13, 2022]

    ii.    Notice of (A) Entry of Interim Order Pursuant to 11 U.S.C. §§ 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from

    Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 49 – filed July 13, 2022]

  iii. Certification of Counsel Regarding Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 84 – filed July 29, 2022]

  iv. Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Granting Related Relief [Docket No. 88 – entered August 1, 2022]

  Status: On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Debtor's Motion for Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, and (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 6 – filed July 11, 2022]

  Objection / Response Deadline: July 28, 2022 at 4:00 p.m. (ET)

  Objections / Responses Received:

  A. Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

  Related Documents:

  i. Interim Order (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 43 – entered July 13, 2022]

    ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 50 – filed July 13, 2022]

    iii.    Certification of Counsel Regarding Final Order (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 86 – filed July 29, 2022]

    iv.    Final Order (I) Authorizing the Debtor to (A) Continue to Maintain Its Cash Management System, Including Bank Accounts and Business Forms, (B) Honor Certain Prepetition Obligations Related Thereto; (II) Waiving (A) Certain Operating Guidelines, and (B) Section 345(b) Deposit and Investment Requirements; and (III) Granting Related Relief [Docket No. 90 – entered August 1, 2022]

Status:  On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.    Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7 – filed July 11, 2022]

Objection / Response Deadline:    July 28, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

    i.    Interim Order (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 44 – entered July 13, 2022]

    ii.    Notice of (A) Entry of Interim Order (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 51 – filed July 13, 2022]

    iii.    Certification of Counsel Regarding Final Order (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain

      Employee Benefits Programs and (II) Granting Related Relief [Docket No. 85 – filed July 29, 2022]

   iv. Final Order (I) Authorizing the Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief [Docket No. 89 – entered August 1, 2022]

  <u>Status</u>: On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**II.** **<u>CONTESTED MATTERS GOING FORWARD</u>:**

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 10 – filed July 12, 2022]

 <u>Objection / Response Deadline</u>: July 28, 2022 at 4:00 p.m. (ET)

 <u>Objections / Responses Received</u>:

  A. Limited Objection of Hesaam Esfandyarpour, Ph.D and Kosar Parizi, Ph.D to Debtor's DIP Motion [Docket No. 81 – filed July 28, 2022]

 <u>Related Documents</u>:

  i. Interim Order (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 41 – entered July 13, 2022]

  ii. Notice of (A) Entry of Interim Order (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 52 – filed July 13, 2022]

  iii. Debtor's Omnibus Reply in Support of (I) DIP Motion and (II) Bidding Procedures Motion [Docket No. 93 – filed August 1, 2022]

<u>Witness Information</u>:

The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Brandon Aebersold (New York, NY) and/or Lisa Lansio (Los Angeles, CA) at Lazard Frères & Co. LLC, and/or Britton Russell (Arvada, CO) at GenapSys, Inc.

<u>Status</u>: The hearing on this matter is going forward.

6. Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [<u>Docket No. 54</u> – filed July 14, 2022]

   <u>Objection / Response Deadline</u>: July 28, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to July 29, 2022 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:

   A. Objection of Life Insurance Company of North America to Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [<u>Docket No. 77</u> – filed July 27, 2022]

   <u>Status</u>: The Debtor understands that this objection has been resolved by the inclusion of agreed language in the bidding procedures order.

   B. Objection of Cigna to Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and

> Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 80 – filed July 28, 2022]

Status: The Debtor understands that this objection has been resolved by the inclusion of agreed language in the bidding procedures order.

C. Limited Objection of Hesaam Esfandyarpour, Ph.D and Kosar Parizi, Ph.D to Debtor's Sale Motion [Docket No. 82 – filed July 28, 2022] (the "Founders' Objection")

Status: The hearing with respect to this objection is going forward.

D. Informal Comments from the U.S. Trustee

Status: The Debtor understands that the informal comments from the U.S. Trustee have been resolved by the inclusion of agreed language in the Debtor's proposed bidding procedures.

Related Documents:

i. Debtor's Omnibus Reply in Support of (I) DIP Motion and (II) Bidding Procedures Motion [Docket No. 93 – filed August 1, 2022]

Witness Information:

The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Brandon Aebersold (New York, NY) and/or Lisa Lansio (Los Angeles, CA) at Lazard Frères & Co. LLC, and/or Britton Russell (Arvada, CO) at GenapSys, Inc.

Status: Other than the Founders' Objection, the Debtor believes that all other informal responses and objections have been resolved. The hearing with respect to this matter is going forward.

Dated: August 2, 2022
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ David T. Queroli*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com

*Proposed Counsel to the Debtor
and Debtor in Possession*