**UIN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 15, 2022 AT 11:00 A.M. (PREVAILING EASTERN
TIME), BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM ON AUGUST 15, 2022 AT 11:00 A.M. (ET), AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsc-usqT0iHzmn4Q9FEls4oCAXl08gBU0**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.**  **UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

    1.    Debtor's Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 71 – filed July 25, 2022]

        Objection / Response Deadline:    August 8, 2022 at 4:00 p.m. (ET)

        Objections / Responses Received:    None.

        Related Documents:

        i.    Certificate of No Objection Regarding Debtor's Application for an Order Authorizing Employment and Retention of Kroll Restructuring

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

Administration LLC as Administrative Advisor Effective as of the Petition Date [Docket No. 127 – filed August 9, 2022]

Status: On August 9, 2022, the Debtor filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

2. Motion of the Debtor for Entry of an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective as of Petition Date [Docket No. 96 – filed August 1, 2022]

Objection / Response Deadline:   August 8, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business, Effective as of Petition Date [Docket No. 128 – filed August 9, 2022]

Status: On August 9, 2022, the Debtor filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

3. Motion of the Debtor for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 97 – filed August 1, 2022]

Objection / Response Deadline:   August 8, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:   None.

Related Documents:

i. Certificate of No Objection Regarding Motion of the Debtor for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 129 – filed August 9, 2022]

Status: On August 9, 2022, the Debtor filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

II.  **MATTERS WITH CERTIFICATION OF COUNSEL:**

    4.    Debtor's Application for an Order Authorizing Employment and Retention of Richards, Layton & Finger, P.A. as Counsel Effective as of the Petition Date [Docket No. 68 – filed July 25, 2022]

        Objection / Response Deadline:    August 8, 2022 at 4:00 p.m. (ET)

        Objections / Responses Received:

        A.    Informal Comments from the Office of the United States Trustee (the "U.S. Trustee")

        Related Documents:

        i.    Supplemental Declaration of Daniel J. DeFranceschi in Further Support of Debtor's Application for an Order Authorizing Employment and Retention of Richards, Layton & Finger, P.A. as Counsel Effective as of the Petition Date [Docket No. 122 – filed August 8, 2022]

        ii.    Certification of Counsel Regarding Order Authorizing Employment and Retention of Richards, Layton & Finger, P.A. as Counsel Effective as of the Petition Date [Docket No. 132 – filed August 9, 2022]

        Status:  On August 9, 2022, the Debtor submitted a revised form of order under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

    5.    Debtor's Application for Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Special Litigation and Corporate Counsel for the Debtor, Effective as of the Petition Date [Docket No. 69 – filed July 25, 2022]

        Objection / Response Deadline:    August 8, 2022 at 4:00 p.m. (ET)

        Objections / Responses Received:

        A.    Informal Comments from the U.S. Trustee

        Related Documents:

        i.    Supplemental Declaration of Paul V. Shalhoub in Support of Debtor's Application for Order Authorizing Retention and Employment of Willkie Farr & Gallagher LLP as Special Litigation and Corporate Counsel for the Debtor, Effective as of the Petition Date [Docket No. 123 – filed August 8, 2022]

        ii.    Certification of Counsel Regarding Order Authorizing Debtor to Employ and Retain Willkie Farr & Gallagher LLP as Special Litigation and

        Corporate Counsel for the Debtor and Debtor in Possession [Docket No. 131 – filed August 9, 2022]

      Status: On August 9, 2022, the Debtor submitted a revised form of order under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

6.   Debtor's Application for the Entry of an Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code (A) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtor, Effective as of the Petition Date, (B) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h) and (C) Granting Related Relief [Docket No. 70 – filed July 25, 2022]

    Objection / Response Deadline:    August 8, 2022 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.   Informal Comments from the U.S. Trustee

    Related Documents:

    i.   Certification of Counsel Regarding Order Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code (A) Authorizing the Employment and Retention of Lazard Frères & Co. LLC as Investment Banker to the Debtor, Effective as of the Petition Date, (B) Waiving Certain Time-Keeping Requirements Pursuant to Local Rule 2016-2(h) and (C) Granting Related Relief [Docket No. 130 – filed August 9, 2022]

    Status: On August 9, 2022, the Debtor submitted a revised form of order under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

### III.   CONTESTED MATTERS GOING FORWARD:

7.   Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 10 – filed July 12, 2022]

    Objection / Response Deadline:    July 28, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Limited Objection of Hesaam Esfandyarpour, Ph.D and Kosar Parizi, Ph.D to Debtor's DIP Motion [Docket No. 81 – filed July 28, 2022]

Related Documents:

i. Interim Order (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief [Docket No. 41 – entered July 13, 2022]

ii. Notice of (A) Entry of Interim Order (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grant Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; (IV) Setting a Final Hearing; and (V) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 52 – filed July 13, 2022]

iii. Debtor's Omnibus Reply in Support of (I) DIP Motion and (II) Bidding Procedures Motion [Docket No. 93 – filed August 1, 2022]

iv. Notice of Filing of [Proposed] Final Order (I) Authorizing Debtor to (A) Use Cash Collateral and (B) Grant Adequate Protection; (II) Authorizing Debtor to (A) Obtain Postpetition Financing and (B) Grants Liens and Superpriority Administrative Expense Claims; (III) Modifying Automatic Stay; and (IV) Granting Related Relief [Docket No. 104 – filed August 3, 2022]

Witness Information:

The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Brandon Aebersold (New York, NY) and/or Lisa Lansio (Los Angeles, CA) at Lazard Frères & Co. LLC, and/or Britton Russell (Arvada, CO) at GenapSys, Inc.

Status: The hearing on this matter is going forward.

8. Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtor's Assets Free and

Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 54 – filed July 14, 2022]

<u>Objection / Response Deadline</u>:   July 28, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to July 29, 2022 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:

A.  Objection of Life Insurance Company of North America to Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtor's Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 77 – filed July 27, 2022]

<u>Status</u>: The Debtor understands that this objection has been resolved by the inclusion of agreed language in the bidding procedures order.

B.  Objection of Cigna to Motion of the Debtor for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors Assets, (B) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief [Docket No. 80 – filed July 28, 2022]

<u>Status</u>: The Debtor understands that this objection has been resolved by the inclusion of agreed language in the bidding procedures order.

C.  Limited Objection of Hesaam Esfandyarpour, Ph.D and Kosar Parizi, Ph.D to Debtor's Sale Motion [Docket No. 82 – filed July 28, 2022] (the "<u>Movants' Objection</u>")

<u>Status</u>: The hearing with respect to this objection is going forward.

D.  Informal Comments from the U.S. Trustee

Status: The Debtor understands that the informal comments from the U.S. Trustee have been resolved by the inclusion of agreed language in the Debtor's proposed bidding procedures.

Related Documents:

i. Debtor's Omnibus Reply in Support of (I) DIP Motion and (II) Bidding Procedures Motion [Docket No. 93 – filed August 1, 2022]

ii. Declaration of Lisa Lansio of Lazard Frères & Co. LLC in Support of Bidding Procedures Motion [Docket No. 103 – filed August 3, 2022]

iii. Notice of Filing of Revised [Proposed] Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtor's Assets, (II) Authorizing the Debtor to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (V) Granting Related Relief [Docket No. 105 – filed August 3, 2022]

Witness Information:

The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Brandon Aebersold (New York, NY) and/or Lisa Lansio (Los Angeles, CA) at Lazard Frères & Co. LLC, and/or Britton Russell (Arvada, CO) at GenapSys, Inc.

Status: Other than the Movants' Objection, the Debtor believes that all other informal responses and objections have been resolved. The hearing with respect to this matter is going forward.

9. Motion of the Debtor for Entry of an Order Approving Debtor's (I) Key Employee Incentive Program and (II) Key Employee Retention Program [Docket No. 72 – filed July 25, 2022]

Objection / Response Deadline: August 8, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to August 9, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Limited Objection of Hesaam Esfandyarpour, Ph.D. and Kosar Parizi, Ph.D. to Debtor's KEIP/KERP Motion [Docket No. 120 – filed August 8, 2022]

RLF1 27672759v.4

  B. United States Trustee's Objection to Debtor's Motion for Entry of an Order Approving the Debtor's (I) Key Employee Incentive Program and (II) Key Employee Retention Program [Docket No. 126 – filed August 9, 2022]

 Related Documents: None.

 Witness Information: The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Lisa Lansio at Lazard Frères & Co. LLC (Los Angeles, CA).

 Status: The Debtor and the U.S. Trustee are engaged in discussions regarding this matter and may be able to resolve the U.S. Trustee's objection prior to the hearing. The hearing on this matter will go forward.

10. Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee (Filed Under Seal) [Docket No. 73 – filed July 25, 2022]

 Objection / Response Deadline: August 8, 2022 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A. Debtor's Objection to Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 118 – filed August 8, 2022]

  B. Secured Lender's Objection to the Motion to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint A Chapter 11 Trustee [Docket No. 119 – filed August 8, 2022]

 Related Documents:

  i. Notice of Filing of Proposed Redacted Version of Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 98 – filed August 2, 2022]

  ii. Motion of the Movants for Entry of an Order Authorizing the Movants to File the Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee Under Seal [Docket No. 99 – filed August 2, 2022]

  iii. Order Authorizing the Movants to File the Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee Under Seal [Docket No. 110 – filed August 4, 2022]

iv. Founders' Reply in Support of Motion for Dr. Hesamm Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee (Filed Under Seal) [Docket No. 142 – filed August 11, 2022]

v. Motion of the Founders for Leave to File and Serve a Late Reply in Response to the Objections of the Debtor and Oxford to the Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee [Docket No. 143 – filed August 11, 2022]

Witness Information:

The Debtor may offer the testimony by declaration, proffer and/or live video testimony of Britton Russell (Arvada, CO) and/or Robert Zollars (Santa Cruz, CA) of GenapSys, Inc. In addition, the Debtor is evaluating whether it will call the Movants as the Debtor's witnesses. The Debtor also reserves the right to call any appropriate rebuttal witnesses.

Status: The hearing on this matter is going forward.

Dated: August 11, 2022
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ David T. Queroli*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com

*Proposed Counsel to the Debtor and Debtor in Possession*

9