**Exhibit A**

**Proposed Stalking Horse Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GENAPSYS, INC.,[1] | Case No. 22-10621 (BLS) |
| Debtor. | Re: No. __ |

**ORDER (I) AUTHORIZING AND APPROVING ENTRY INTO STALKING HORSE AGREEMENT AND RELATED BID PROTECTIONS IN CONNECTION WITH THE SALE OF ALL OR SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, AND (II) GRANTING RELATED RELIEF**

This matter coming before the Court on the *Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving Entry into Stalking Horse Agreement and Related Bid Protections in Connection with the Sale of All or Substantially All of the Debtor's Assets, and (ii) Granting Related Relief* [Docket No. [●]] (the "Motion")[2] filed by the debtor and debtor in possession in the above-captioned case (the "Debtor"); and that certain *Asset Purchase Agreement*, dated as of August 12, 2022, by and among Sequencing Health, Inc., as purchaser (the "Stalking Horse Bidder"), and Genapsys, Inc., as seller (the "Stalking Horse Agreement", and the sale transactions contemplated thereby, the "Sale Transaction"), substantially in the form attached to the motion as Exhibit B having been executed by the parties thereto; and the Court having reviewed the Motion, the Stalking Horse Agreement, the *Declaration of Lisa Lansio in Support of the Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving Entry into Stalking Horse Agreement and Related Bid Protections in Connection with the Sale of All or Substantially All of the Debtor's Assets, and (ii) Granting Related Relief*; and

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion or the Stalking Horse Agreement, as applicable.

having considered the statements of counsel and the evidence adduced with respect to the Motion a hearing before the Court on August [●], 2022 (the "Hearing"); and after due deliberation, this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate and its creditors, and the Debtor having demonstrated good, sufficient and sound business justifications for the relief granted herein;

**IT IS HEREBY FOUND AND DETERMINED THAT:**

        A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

        B.     Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

        C.     Notice of the Motion and the Hearing was sufficient under the circumstances and no other or further notice need be provided.

        D.     The Stalking Horse Bidder has submitted a bid for the Purchased Assets (as defined in the Stalking Horse Agreement), as reflected in the Stalking Horse Agreement (the "Stalking Horse Bid").

        E.     For all purposes under this Order, the Bidding Procedures Order and the Bidding Procedures, (i) the Stalking Horse Bidder is a "Stalking Horse Bidder;" (ii) the Stalking Horse Agreement is a "Stalking Horse Agreement;" and the (iii) Stalking Horse Bid is a "Stalking Horse Bid," in each case, as such terms are used in the Bidding Procedures. The Stalking Horse Bid shall be subject to higher or better offers in respect of the Purchased Assets, in accordance with the Bidding Procedures.

F. The Debtor has articulated good and sufficient business reasons for the Court to approve the Debtor's provision of Bid Protections, pursuant to the terms of the Bidding Procedures and the Stalking Horse Agreement.

G. The Bid Protections are necessary to ensure that the Stalking Horse Bidder will continue to pursue the Sale Transaction. To the extent payable under the Stalking Horse Agreement, the Bid Protections are (i) an actual and necessary cost and expense of preserving the Debtor's estate within the meaning of section 503(b) of the Bankruptcy Code; (ii) commensurate with the real and substantial benefits conferred upon the Debtor's estate by the Stalking Horse Bid; and (iii) fair, reasonable and appropriate in light of the size and nature of the proposed Sale Transaction and the efforts that have been and will be expended by the Stalking Horse Bidder in connection with the Debtor's sale process.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. All objections to the relief granted in this Order that have not been withdrawn, waived or settled, and all reservations of rights included therein, are hereby overruled and denied on the merits with prejudice.

3. The Stalking Horse Bid shall be subject to higher or better Qualified Bids, in accordance with the terms of the Bidding Procedures.

4. The Bid Protections are approved in their entirety, and shall constitute an actual and necessary cost and expense of preserving the Debtor's estate within the meaning of section 503(b) of the Bankruptcy Code. The Debtor is authorized to provide the Stalking Horse Bidder with Bid Protections in accordance with the terms of the Bidding Procedures and the Stalking Horse Agreement.

5.        Notwithstanding anything to the contrary in the Bidding Procedures or in any other document previously filed with the Court, the Deposit and the return or forefeiture thereof shall be governed by the Stalking Horse Agreement.

6.        Notwithstanding the applicability of any of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") or any other provision of the Bankruptcy Rules or the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware stating to the contrary, the terms and provisions of this Order shall be immediately effective and enforceable upon its entry, and any applicable stay of the effectiveness and enforceability of this Order is hereby waived.

7.        The Debtor is authorized to perform any obligations under the Stalking Horse Agreement that are intended to be performed prior to the entry of the Sale Order (as defined in the Stalking Horse Agreement).

8.        The Debtor is authorized to take all steps necessary or appropriate to implement the relief granted in this Order.

9.        This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.