## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>Re: Docket No. 142 |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF FOUNDERS' REPLY IN SUPPORT OF MOTION OF DR. HESAAM ESFANDYARPOUR, PH.D. AND DR. KOSAR PARIZI, PH.D. TO (I) DISMISS THE CHAPTER 11 CASE OR (II) IN THE ALTERNATIVE, APPOINT A CHAPTER 11 TRUSTEE

**PLEASE TAKE NOTICE** that on August 11, 2022, Hesaam Esfandyarpour, Ph.D. and Kosar Parizi, Ph.D. (collectively, the "Founders"), established in the case of the above-captioned debtor filed the sealed version of the *Founders' Reply in Support of Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee* [Docket No. 142] (the "Reply").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the proposed redacted version of the Reply.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

Dated: August 14, 2022
      Wilmington, Delaware

Respectfully submitted,

*/s/ Elizabeth R. Schlecker*
Jeremy W. Ryan (No. 4057)
Christopher M. Samis (No. 4909)
R. Stephen McNeill (No. 5210)
Elizabeth R. Schlecker (No. 6913)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
        csamis@potteranderson.com
        rmcneill@potteranderson.com
        eschlecker@potteranderson.com

*Counsel to the Founders*

2

IMPAC 10295561v.1