DocuSign Envelope ID: 1927F05B-7AD8-4D1B-A56B-357531F56294

July 25, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
           Motion to Dismiss or, In the Alternative, Appoint a Chapter 11 Trustee

Your Honor:

In light of the *Motion of Dr. Hesaam Esfandyarpour and Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for your honor granting this motion.

We believe the Debtor's purpose for filing this case is nothing more than an attempt to wipe out the common, Series A, B, and C interests and shift them entirely to the Series D stockholders.

We are equally concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to filing this case. The terms of the investment offered by Love are far more favorable to the Debtor than those available under the proposed debtor in possession financing in this case.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.


Respectfully submitted,


**IPV CAPITAL II HK LIMITED**

      Series A Class Stockholder & Investor,
         (1,500,000 shares)

      Series B Class Stockholder & Investor,
         (755,692 shares)


By: ___Terence Tan___
Name: Terence Tan
Title: Managing Partner
ACTUAL DATE OF SIGNATURE: 7/25/2022

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 5, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re: *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

TRINITAS CAPITAL G, L.P.

Series C Preferred Stockholder

By: _Bing Han_

Name: Bing Han
Title: Director

DocuSign Envelope ID: 1927F05B-7AD8-4D1B-A56B-357531F56294

July 25, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
Motion to Dismiss or, In the Alternative, Appoint a Chapter 11 Trustee

Your Honor:

In light of the *Motion of Dr. Hesaam Esfandyarpour and Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for your honor granting this motion.

We believe the Debtor's purpose for filing this case is nothing more than an attempt to wipe out the common, Series A, B, and C interests and shift them entirely to the Series D stockholders.

We are equally concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to filing this case. The terms of the investment offered by Love are far more favorable to the Debtor than those available under the proposed debtor in possession financing in this case.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

DocuSigned by:

*Terence Tan*

EDC2E74628B74E1...

**TERENCE TAN ENG CHUAN**

Common Class Stockholder,
(127,551 shares)

ACTUAL DATE OF SIGNATURE: 7/25/2022

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
               Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

             Respectfully submitted,

             **MARYAM JOUZI**

               Common Class Stockholder

DocuSigned by:

*Maryam Jouzi*
87BE10E8A6924A6...    8/12/2022

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
               Shareholder Support for Motion to Dismiss

Your Honor:

        In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

        As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

        We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

        Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.


                    Respectfully submitted,


                    **PAUL KENNEY**

                        Common Class Stockholder


                    DocuSigned by:

                    *Paul Kenney*
                    8F1D6E35169A422...          8/13/2022

2

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
                  Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**MAJID ESFANDYARPOUR**

Common Class Stockholder

8/12/2022

3

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
             Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

                             Respectfully submitted,

                             **CYRUS THE GREAT TRUST**

                             Common Class Stockholder

By: _____

Name:   Majid Esfandyarpour
       _____

Title:   Trustee
      _____

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
> Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**VENUS THE GREAT TRUST**

Common Class Stockholder

By: _____
DocuSigned by:
3EECF11B6C77469...

Name: ___Majid Esfandyarpour___

Title: ___Trustee___

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
                Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**SARA NAZARI**

Series A Preferred Stockholder

DocuSigned by:

*Sara Nazari*

B7A7D472164E4FA...    8/12/2022

8

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

>      Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
>              Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**SUBRAMANIAN SANKAR**

Common Class Stockholder

DocuSigned by:

*Subra Sankar*

F3E7CB690BB847B...      8/12/2022

10

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re: *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
> Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**HOSSEIN ALIAHMADI**

Series A Preferred Stockholder



39D988DA4FA9459...  8/13/2022

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
         Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**HOSSEIN AKHLAGHPOUR**

Common Class Stockholder

HOSSEIN AKHLAGHPOUR

8/13/2022

13

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
>       Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**VAHID ESFANDYARPOUR**

Common Class Stockholder

*Vahid Esfandyarpour*
1856134BBAE3435... 8/12/2022

17

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

     Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
        Shareholder Support for Motion to Dismiss

Your Honor:

  In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

  As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

  We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

  Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

        Respectfully submitted,

        **RAHIM ESFANDYARPOUR**

         Common Class Stockholder

        DocuSigned by:

        *Rahim Esfandyarpour*

        2941B8716615467... 8/12/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
        Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**LISEN WANG**

Common Class Stockholder

DocuSigned by:

*Lisen Wang*
FB721D6F3F52489...   8/12/2022

19

DocuSign Envelope ID: 78BE22D6-B5E9-4A27-986E-C3E92B0E0598

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

     Re: *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
        Shareholder Support for Motion to Dismiss

Your Honor:

  In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

  As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

  We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

  Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

        Respectfully submitted,

        **AMIDI LLC**

          Series A & B Preferred Stockholder

        By: _Rahim Amidhozour_
           A41D8F1FBBA64D0...
        Name: Rahim Amidhozour

        Title: Manager, Amidi, LLC

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
                   Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

                                  Respectfully submitted,

                                **PALLAVI CHOUDHARY**

                              Common Class Stockholder

DocuSigned by:

*Pallavi Choudhary*

1908AB33B370435...    8/13/2022

DocuSign Envelope ID: 04850400-B272-46F3-BD7E-608FBFD5FA54

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

>        Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
>                Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**RUKSHAN PERERA**

Common Class Stockholder

DocuSigned by:

*Rukshan Perera*

8DC0A56592BA408...            8/13/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
           Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**MOHAMMAD FALLAHI**

Common Class Stockholder

DocuSigned by:

*Mohammad Fallahi*

F3205D15CF45491...   8/12/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
               Shareholder Support for Motion to Dismiss

Your Honor:

    In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

    As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

    We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

    Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

                       Respectfully submitted,

                       **HAMIDREZA GOLNABI**

                       Common Class Stockholder

DocuSigned by:

*Hamidreza Golnabi*
F4AB5943956F4FD...  8/13/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
          Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**ALI NABIBIDHENDI**

Common Class Stockholder

DocuSigned by:

*Ali Nabi Bidhendi*

A3F11257C39E459...                     8/12/2022

DocuSign Envelope ID: 04850400-B272-46F3-BD7E-608FBFD5FA54

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:   *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
           Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**MEYSAM R BARMI**

Common Class Stockholder

DocuSigned by:

*Meysam R Barmi*

24C26AFA3DC040E...  8/12/2022

DocuSign Envelope ID: 04850400-B272-46F3-BD7E-608FBFD5FA54

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

    Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
       Shareholder Support for Motion to Dismiss

Your Honor:

  In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

  As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

  We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

  Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

        Respectfully submitted,

        **ROBERT TARBOX**

         Common Class Stockholder

        DocuSigned by:

        *Rob Tarbox*

        6727335DBE2C4AE...  8/12/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

              Re:     *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
                     Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**ARASH AFSARIFARD**

Common Class Stockholder

DocuSigned by:

B36B1CFB95A1411...    8/12/2022

DocuSign Envelope ID: 04850400-B272-46F3-BD7E-608FBFD5FA54

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

      Re:   *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
             Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**LINDA HSIE**

Common Class Stockholder

DocuSigned by:

*Linda Hsie*

A23362CA3F854FD...   8/13/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
        Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

Respectfully submitted,

**HODA MIRHASHEMI**

Common Class Stockholder

8/13/2022

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

> Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
>      Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.


Respectfully submitted,


**HOOMAN NEZAMFAR**

Common Class Stockholder


DocuSigned by:

*Hooman Nezamfar*
DD7F59D176F446A...   8/12/2022

DocuSign Envelope ID: F2C62D11-C9F7-4251-812D-18926898DDD1

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

     Re:  *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
        Shareholder Support for Motion to Dismiss

Your Honor:

   In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

   As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

   We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

   Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

        Respectfully submitted,

        **CATHY LUO-WIMMER**

        Common Class Stockholder

        DocuSigned by:

        *Cathy Luo-Wimmer*
        B89CA33DC6B84B2...  8/13/2022

DocuSign Envelope ID: F2C62D11-C9F7-4251-812D-18926898DDD1

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

    Re: *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
       Shareholder Support for Motion to Dismiss

Your Honor:

  In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

  As set forth in the motion, we believe the Debtor's purpose in filing this case is  to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

  We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy.  The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

  Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.


       Respectfully submitted,


       **SOLOMON DOOMSON**

       Common Class Stockholder


       DocuSigned by:

       *Solomon Doomson*

       A39DB8283BA9488... 8/12/2022

DocuSign Envelope ID: 21368538-A0ED-4B78-B3C4-0AD63A95B02D

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

>Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
>        Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.


Respectfully submitted,


**HESAAM ESFANDYARPOUR**

Common Class Stockholder


8/13/2022

DocuSign Envelope ID: 21368538-A0ED-4B78-B3C4-0AD63A95B02D

August 12, 2022

The Honorable Brendan L. Shannon
United States Bankruptcy Court for the District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

        Re:    *In re Genapsys, Inc.*, Bankr. D. Del., Case No. 22-10621 (BLS)
                Shareholder Support for Motion to Dismiss

Your Honor:

In reference to the *Motion of Dr. Hesaam Esfandyarpour and Dr. Kosar Parizi to (I) Dismiss the Chapter 11 Case or (II) In the Alternative, Appoint a Chapter 11 Trustee*, we write to indicate our full support for Your Honor granting this motion.

As set forth in the motion, we believe the Debtor's purpose in filing this case is to wipe out existing equity in favor of the interests of a select group of shareholder insiders and entrenched management.

We are similarly concerned with the Debtor's refusal to meaningfully engage with the equity investment offered by Love Health, Inc. ("Love") as an alternative to bankruptcy. The investment offered by Love appears far more favorable to the Debtor than any other presently existing alternative.

Therefore, we respectfully request that your honor grant the motion to dismiss, or, in the alternative, appoint a chapter 11 trustee.

                Respectfully submitted,

                **KOSAR BAGHBANI PARIZI**

                Common Class Stockholder

                538D243EFFE045D...     8/13/2022

2

DocuSign Envelope ID: 4B6BA187-E828-41D5-BE52-D86042EC9DB1

CC: Daniel J. DeFranceschi
Michael J. Merchant
David T. Queroli
J. Zachary Noble
Rachel C. Strickland
Paul V. Shalhoub
Betsy L. Feldman
Jessica D. Graber
Jane M. Leamy