**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GENAPSYS, INC.,[1] | Case No. 22-10621 (BLS) |
| Debtor. | **Re: Docket Nos. 73, 118, 119, 142** |

**ORDER DENYING MOTION OF DR. HESAAM ESFANDYARPOUR, PH.D. AND DR. KOSAR PARIZI, PH.D. TO (I) DISMISS THE CHAPTER 11 CASE OR (II) IN THE ALTERNATIVE, APPOINT A CHAPTER 11 TRUSTEE**

Upon the *Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee* [Docket No. 73] (the "**Motion**") for entry of an order dismissing the above-captioned cases or, in the alternative, appointment of a chapter 11 trustee; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the (i) Motion, (ii) *Debtor's Objection to Motion of Dr. Hesaam Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee* [Docket No. 118], (iii) *Secured Lender's Objection to the Motion to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint A Chapter 11 Trustee* [Docket No. 119], and (iv) *Founders' Reply in Support of Motion for Dr. Hesaam*

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

*Esfandyarpour, Ph.D. and Dr. Kosar Parizi, Ph.D. to (I) Dismiss the Chapter 11 Case or (II) in the Alternative, Appoint a Chapter 11 Trustee* [Docket No. 142]; and the Court having held a hearing to consider the relief requested in the Motion on August 15 and 16, 2022 (the "**Hearing**"); and the Court having heard and considered the statements, stipulations, admissions and arguments of counsel made on the record of the Hearing; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.     The Motion is DENIED for the reasons set forth on the record at the Hearing.

2.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**Dated: August 18th, 2022**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 27826734v.1