# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENAPSYS, INC.,[1]<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>**Re: Docket No. 175** |

**NOTICE OF EXTENSION OF DEADLINES SET FORTH IN BIDDING PROCEDURES**

　　　　　PLEASE TAKE NOTICE that, on August 17, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially all of the Debtor's Assets, (II) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (III) Approving Assumption and Assignment Procedures, (IV) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 175] (the "Bidding Procedures Order"), approving, among other things, key dates, times, and bidding procedures (the "Bidding Procedures")[2] related to the sale of substantially all of the Debtor's Assets in the above-captioned chapter 11 case.

　　　　　PLEASE TAKE FURTHER NOTICE that, the Debtor, in consultation with the Consultation Parties, hereby extends certain key dates and deadlines contained in the Bidding Procedures in accordance with the Bidding Procedures Order as set forth below:

---

[1]　The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904).  The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

[2]　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or Bidding Procedures, as applicable.

| | |
|---|---|
| **September 2, 2022, at 4:00 p.m. (ET)** | Bid Deadline |
| **September 6, 2022, at 10:00 a.m. (ET)** | Auction |
| **September 8, 2022, at 2:00 p.m. (ET)** | Sale Hearing |
| **September 14, 2022** | Deadline to consummate approved sale transaction |

PLEASE TAKE FURTHER NOTICE that the Debtor reserves its right to further extend the dates and deadlines set forth in the Bidding Procedures in accordance with the Bidding Procedures Order and the Bidding Procedures.

Dated: August 31, 2022
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ James F. McCauley*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com
mccauley@rlf.com

*Counsel to the Debtor and Debtor in Possession*