## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GENAPSYS, INC.,[1] | Case No. 22-10621 (BLS) |
| Debtor. | |

## CERTIFICATE OF PUBLICATION

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

This Certificate of Publication includes a sworn statement verifying that the *Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Related Deadlines*, as conformed for publication, was published on August 23, 2022, in the national edition of *USA Today*, as described in the sworn statement attached hereto as **Exhibit A**.

Dated: August 31, 2022                              */s/ Nicholas Vass*
                                                     Nicholas Vass

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.

SRF 63584

# **Exhibit A**



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, August 23, 2022**, the following legal advertisement – **GENAPSYS, INC.** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
August 23, 2022

**FEDEXCUP PLAYOFFS**

# 1 last round set Top 30 for title showdown

**Adam Schupak**
Golfweek | USA TODAY Network

WILMINGTON, Del. – When Sahith Theegala finished his final round Sunday at the BMW Championship, he was projected to qualify as one of the top 30 in the FedExCup points standings. But there were too many players still on the course for him to celebrate.

"It would mean the world to make the Tour Championship and stand along 29 of the other best golfers in the world," he said. "A dream season."

A year ago, Theegala was sweating out getting into the Korn Ferry Tour Finals when he boarded a plane for Boise not knowing whether he was in the field.

He entered Sunday sitting on the bubble and knowing what he had to do. That sort of pressure can do funny things to some golfers.

"I was like, I'm in 30th place out of 70 people, and I'm as nervous as if I were near the lead," he said. "I had a little bit of the shakes warming up. I couldn't hold my hands still."

Theegala made birdie at the first hole to settle the nerves temporarily but, as he put it, his round was "a wild ride."

He was 1 over for the day through 11 holes when he strung together three birdies in a row and then drained a 37-foot birdie at 17. Still, he'd hit only 1 of 14 fairways all day, dead last in the field, and tried something different, anything to find a fairway.

"I don't know why I tried to hit a draw. My natural shot is a cut. Tried to draw a 5-wood, and it started 20 yards right of my target and then cut, so I hit it 50 right," Theegala said.

He caught a good lie in order to slice one up near the green but left himself a 7-foot par putt


Sahith Theegala tied for 15th at the BMW Championship to stand at No. 28 in the FedExCup standings. JULIO CORTEZ/AP

that was worth at least $500,000 – last-place money this coming weekend in Atlanta where the rich get richer.

"That was such a grind," he said after drilling the putt to shoot 3-under 68 and finish tied for 15.

His "dream season" continues another week as he improved to No. 28 in the FedExCup standings, one of two rookies along with Cameron Young to make it to East Lake Golf Club for the Tour Championship.

"It's another step for me to feel like I really belong because I still don't feel like I'm really there at the top of the game," he said.

Here's a look at others who are in the field at the Tour Championship and those who aren't:

### Scott Stallings – IN

Stallings had a 9-foot putt to tie for the lead at 18, but despite finishing second, he received a pretty sweet consolation prize. In his 12th year on the PGA Tour, the 37-year-old three-time winner booked his first trip to the Tour Championship.

"That was my No. 1 goal to start the year," said Stallings, who entered the week at No. 47 and vaulted to No. 12. "To compete with the best players in the world and make it to East Lake was better late than never, I guess."

### K.H. Lee – IN

Lee entered the final round of the BMW Championship projected to finish 35th in the FedExCup standings. He knew he needed to go low on Sunday. He didn't want to finish No. 31 as he did a year before.

All Lee did was go out and make birdies on the first four holes to tour the front nine in 30 and move inside the top 30. He added birdies on 16 and 17 to cement his position at No. 26 in the standings and finished tied for fifth in the tournament. How clutch was it? Prior to Sunday, Lee had failed to shoot a final round under par in six consecutive events since his win at the AT&T Byron Nelson on May 15.

"Honestly a lot of pressure this week," he said. "But I think after third round, maybe 34, 35 spot, that is less pressure than inside the top 30. But just I'm trying today to never think about my position, just I try my best."

### Adam Scott – IN

Scott is returning to East Lake for the first time since 2019, and he did it the hard way. He was ranked No. 77 in the standings when the postseason began and booked his ticket to the BMW with a tie for fifth the week before, which lifted him to No. 45.

Scott entered the day projected at 27th in the standings. He was 2-over through 11 holes and on the outside looking in when he made a 16-foot eagle at 12. A bogey at 13 and a birdie at 14 left him sweating out the final holes. It took an all-world par at 18 to preserve his spot in the top 30. Scott finished at 10-under 274, tied for fifth, but it propelled him to No. 29 in the standings.

### Aaron Wise – IN

Wise entered the week at No. 31 and was looking to be safe until he made a double bogey at the par-3 15th hole. Then he made bogey at 16 and his cushion disappeared. He had to gut out a par at 18th after driving into a fairway bunker, but he got the job done. He tapped in for 2-over 73 and a tie for 15th, but it was good enough to be the last man in the Tour Championship at No. 30.

"It wasn't stressful until about the last three holes," Wise said. "I kind of assumed honestly that I had fallen out and that I needed to birdie 17 or 18 to get back in."

Wise did just enough to secure his second trip to the Tour Championship.

"The first time I made it I had a win, which I feel like really helps you," he said. "This time I did it without a win. So it's kind of even more sweet to be in that elite field without having a win this year."

### Shane Lowry – OUT

Lowry, who started the day projected at No. 34 in the standings, shot a final-round 68, but a bogey at 17 proved costly. When he finished his round, he was projected to be on the right side of the top 30, but Adam Scott bumped him out. Lowry has never qualified for the Tour Championship in his nine seasons as a member of the PGA Tour, even in 2019 when he won the British Open. Lowry's task is tougher because he splits time on the DP World Tour and made only 18 Tour starts this season.

"It's just so hard to do," Lowry said. "Look, obviously Rory does every year and these guys, but Rory is Rory. I think throw five or six more events in my schedule and I'm guaranteed to be there next week. That's the disappointing part of it.

"I feel like there's a lot of things that didn't go my way this season. I had a few chance to win tournaments that I didn't get over the line, but all in all, it's been a pretty good year without a win."

### Trey Mullinax – OUT

Mullinax gave it his best effort. He ranked 140th in the FedExCup after the John Deere Classic and has been on a tear, winning the Barbasol Championship for his first PGA Tour victory.

Mullinax shot 3-under 68 and finished tied for 12th, but he needed at least one more birdie to make it to Atlanta. He finished 32nd in the final standings.

"Stings, but I left it all out there. I did everything I could do today," he said.

"You want to go. But if I'm one short, I'm one short. I left it all out there, and I'm proud of myself."

### Four in means four out

With Theegala, Lee, Scott and Wise moving inside the top 30, four players had to drop out.

The unfortunate four are: J.J. Spaun, who held the 54-hole lead last week at the FedEx St. Jude Championship before cratering on Sunday, Joohyung (Tom) Kim, Davis Riley and Kevin Kisner, who is mired in a slump.

---

# Tiger and Rory to launch stadium events for top stars

**Eamon Lynch**
Golfweek | USA TODAY Network

Tiger Woods and Rory McIlroy are spearheading a new venture that will have the world's top golfers competing against each other in a non-green grass, stadium environment, Golfweek has learned.

Multiple sources say a series of events will be held in partnership with the PGA Tour and that more specifics could be announced by Commissioner Jay Monahan this week at the Tour Championship in Atlanta.

The one-day events are designed to complement the PGA Tour schedule and will launch in 2024, according to multiple sources familiar with the concept. Early thinking suggests the showdowns – which will be technology-forward and staged with a live audience – could run January through March, with a finale held later.

Discussions about broadcast and gaming partners are underway. A source at NBC Sports says the network has an option to be the media partner in the venture.

Details about the plan were shared with Tour members who attended the players-only meeting held on Aug. 16 during the BMW Championship, for which Woods made a special trip from his home in Florida. It was presented as a long-term opportunity for players to build equity in the enterprise, which will have private funding in addition to corporate partnerships and sponsors. The proposal was received positively among players in the room, according to a source familiar with the conversation.

Woods and McIlroy began working on the project more than two years ago, a collaboration that friends say has


Tiger Woods, left, and Rory McIlroy have been working on the events project for two years. ROB SCHUMACHER/USA TODAY SPORTS

brought them closer. That ultimately spurred the two superstars to come together to rally fellow players behind the PGA Tour in the face of the threat posed by LIV Golf. They have been among the most outspoken critics of the Saudi-funded league.

Woods and McIlroy arranged an informal meeting of players to discuss countering LIV Golf during last month's J.P. McManus Pro-Am at Adare Manor in Ireland. At the follow-up meeting held in Wilmington, Delaware, last week, more concrete plans on how to improve and innovate the Tour's product were presented to a larger group of players. Twenty-two of the game's biggest stars were in the room. Some of those proposals – including schedule changes that would ensure top players compete against each other more often – are now on the desk of Monahan. The new digital project led by Woods and McIlroy has already won the commissioner's buy-in, multiple sources told Golfweek.

While specifics on the project have remained a closely guarded secret, more information is expected to be made public in the coming days at the Tour Championship, including details on the format, potential participants, the experiential elements and the planned location of the events.

A PGA Tour spokesperson declined to comment on any matters Monahan might address in his press conference, scheduled for Tuesday at East Lake Golf Club.

---

**MARKETPLACE TODAY**
For advertising information: 1.800.397.0070   www.russelljohns.com/usat

**NOTICES**
**LEGAL NOTICE**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE
In re: GENAPSYS, INC.,[1] Debtor.  Chapter 11, Case No. 22-10621 (BLS)
Re: Docket No. 175

**NOTICE OF SALE, BIDDING PROCEDURES, AUCTION, SALE HEARING AND RELATED DEADLINES**

**PLEASE TAKE NOTICE:**
On July 14, 2022, GenapSys, Inc. as debtor and debtor-in-possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") a motion [Docket No. 54] (the "Motion") seeking entry of (a) a "Bidding Procedures Order" (i) approving "Bidding Procedures"[2] to be used in connection with one or more "Sale Transactions" of substantially all of the Debtor's "Assets"; (ii) authorizing the Debtor to designate a Stalking Horse Bidder and provide Bid Protections in accordance with the Stalking Horse Designation Procedures; (iii) scheduling (A) an "Auction" on **September 1, 2022, at 10:00 a.m. (ET)** and (B) a final hearing to consider approval of the proposed Sale Transaction(s) (the "Sale Hearing") on **September 7, 2022, at 1:00 p.m. (ET)**; (iv) approving the notice of the Bidding Procedures, the Auction and the Sale Hearing; (v) approving procedures for the assumption and assignment of executory contracts and unexpired leases (collectively, the "Contracts") in connection with any Sale Transaction; (vi) approving the form and manner of notice to each relevant non-debtor counterparty to a Contract of the Debtor's calculation of the amount necessary to cure any defaults under an applicable Contract and certain other information regarding the potential assumption and assignment of Contracts in connection with a Sale Transaction; and (vii) granting related relief; and (b) "Sale Orders" (i) authorizing Sale Transactions for a sale of the Assets free and clear of all interests, except certain permitted encumbrances as determined by the Debtor and any Successful Bidder (as defined in Section VI.C.1 of the Bidding Procedures), with liens to attach to the proceeds of the applicable Sale Transaction; (ii) authorizing the assumption and assignment of certain Contracts in connection with approved Sale Transactions; and (iii) granting related relief.
On August 17, 2022, the Court entered the Bidding Procedures Order [Docket No.175].

**ASSETS FOR SALE**
The Debtor intends to sell all or substantially all of its Assets.
A Prospective Bidder (as defined in Section III of the Bidding Procedures) may bid on the Assets, subject to the conditions set forth herein.
The ability to undertake and consummate a sale of the Assets shall be subject to competitive bidding, as set forth herein, and approval by the Court. In addition to any Stalking Horse Bid (as defined in the Motion), and as set forth herein, the Debtor will consider bids for the Assets from other parties.
Any party interested in submitting a bid for any of the Debtor's Assets should contact the Debtor's investment banker, Lazard Frères & Co. LLC (Attn: Brandon Aebersold (Brandon.Aebersold@lazard.com) and Lisa Lansio (Lisa.Lansio@lazard.com)).

**KEY DATES AND DEADLINES**
**A. Bid Deadline.** Any Prospective Bidder that intends to participate in the Auction must submit in writing to the Bid Notice Parties a Qualified Bid on or before August 30, 2022, at 4:00 p.m. (ET) (the "Bid Deadline").
The Qualified Bid requirements are set forth in Section V of the Bidding Procedures.
**B. Auction.** If the Debtor receives more than one Qualified Bid for the Assets, the Debtor will conduct an Auction for the Assets.
The Auction, if required, will be conducted on **September 1, 2022, at 10:00 a.m. (ET)**, either (i) at the office of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, or (ii) virtually or at such other date, time or location as designated by the Debtor. The Debtor will provide notice (via electronic mail or otherwise) of any change in the date, time or location of the Auction to Qualified Bidders, and will cause publication of such change to occur on the Kroll Website.
One day after the conclusion of the Auction, the Debtor will file, serve and cause to be published on the website maintained by Kroll Restructuring Administration LLC at https://cases.ra.kroll.com/genapsys (the "Kroll Website"), a notice of the results of the Auction, which will identify the Successful Bidder and Backup Bidder(s) and either include a copy of the Successful Bid and the Backup Bid or a summary of the material terms of such bids, including any assumption and assignment of Contracts contemplated thereby, or provide instructions for accessing the Successful Bid and the Backup Bid free of charge from the Kroll Website.
If the Debtor determines not to hold an Auction for some or all of the Assets, the Debtor will file and serve a notice containing the following information (a) a statement that the Auction for the relevant Assets has been canceled; (b) the identity of the Successful Bidder; (c) either include a copy of the Successful Bid or a summary of the material terms of such bid, including any assumption and assignment of Contracts contemplated thereby, or provide instructions for accessing the Successful Bid free of charge from the Kroll Website; and (d) the date, time, and location of the Sale Hearing.
**C. Objection Deadlines**
1. Sale Objection Deadline. Objections to a sale of the Assets must be filed and served on the Objection Notice Parties by **August 30, 2022, at 4:00 p.m. (ET)**.
2. Supplemental Sale Objection Deadline. Following service of the Notice of Auction Results, parties may object to the particular terms of a proposed Sale Transaction in the Successful Bid. Any such objection must be filed with the Court and served on the Objection Notice Parties by no later than **September 6, 2022, at 12:00 p.m. (ET)**.
**D. Sale Hearing.** The Sale Hearing shall take place on **September 7, 2022, at 1:00 p.m. (ET)** before The Honorable Brendan Linehan Shannon in the Court at 824 N. Market Street, Wilmington, Delaware 19801.
**ADDITIONAL INFORMATION.** Copies of the Motion, the Bidding Procedures Order and the Bidding Procedures may be obtained free of charge by visiting the Kroll Website.
**FAILURE TO ABIDE BY THE BIDDING PROCEDURES, THE BIDDING PROCEDURES ORDER OR ANY OTHER APPLICABLE COURT ORDER MAY RESULT IN REJECTION OF YOUR BID AND YOUR DISQUALIFICATION FROM THE DEBTOR'S SALE PROCESS.**
**FAILURE TO FILE AND SERVE A TIMELY OBJECTION IN ACCORDANCE WITH THE BIDDING PROCEDURES ORDER SHALL FOREVER BAR SUCH OBJECTION.**
RICHARDS, LAYTON & FINGER, P.A., Daniel J. DeFranceschi (No. 2732), Michael J. Merchant (No. 3854), David T. Queroli (No. 6318), J. Zachary Noble (No. 6689), James F. McCauley (No. 6991), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, defranceschi@rlf.com, merchant@rlf.com, queroli@rlf.com, noble@rlf.com, mccauley@rlf.com, *Counsel to the Debtor and Debtor in Possession*

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is GenapSys, Inc. (3904). The Debtor's headquarters are located at 200 Cardinal Way, 3rd Floor, Redwood City, CA 94063.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion or the Bidding Procedures. Any summary of the Bidding Procedures or the Bidding Procedures Order contained herein is qualified by the actual terms thereof.


**GET NOTICED!** Advertise in USA TODAY's Marketplace! Call:1-800-397-0070