**Exhibit B**

**Assumed Contracts List**

## Schedule 2.5(a)

## Desired Contracts

| Seller Entity | Contract Counterparty | Contract Title | Date of Contract |
|---|---|---|---|
| GenapSys, Inc. | Davis Partnership, P.C. | PO3987 | 1/14/2022 |
| GenapSys, Inc. | Davis Partnership, P.C. | PO3988 | 1/14/2022 |
| GenapSys, Inc. | New England BioLabs | PO4333 | 3/9/2022 |
| GenapSys, Inc. | New England BioLabs | PO3571 | 10/26/2021 |
| GenapSys, Inc. | EAG Engineering Science | PO3514 | 10/15/2021 |
| GenapSys, Inc. | Masergy | Service Order Form | 11/17/2021 |
| GenapSys, Inc. | Masergy | Service Order Form | 12/17/2021 |
| GenapSys, Inc. | Amazon Web Services | Monthly Cloud Data Center | NA |
| GenapSys, Inc. | Stanford Nano Shared Facilities | Service Center Agreement: Commercial Users | 1/13/2022 |
| GenapSys, Inc. | Samba Scientific, LLC | Master Services Agreement | 3/15/2022 |
| GenapSys, Inc. | Samba Scientific, LLC | Statement of Work | 5/3/2022 |
| GenapSys, Inc. | Fabrinet Co Ltd | Master Supply Agreement | 3/15/2017 |
| GenapSys, Inc. | Net Friends, Inc | PO4038 | 1/25/2022 |
| GenapSys, Inc. | GoDaddy | Domain Registration | NA |
| GenapSys, Inc. | Sigma-Aldrich Co, LLC | Master Laboratory Services Agreement | 12/11/2014 |
| GenapSys, Inc. | Agilent Technologies Inc. | PO4108 | 2/01/2022 |
| GenapSys, Inc. | Broadpharm | PO4144 | 2/07/2022 |

| Seller Entity | Contract Counterparty | Contract Title | Date of Contract |
|---|---|---|---|
| GenapSys, Inc. | Thermo Fischer Scientific | PO4061 | 1/26/2022 |
| GenapSys, Inc. | Thermo Fischer Scientific | PO4469 | 4/25/2022 |
| GenapSys, Inc. | Cole Parmer | PO4533 | 5/25/2022 |
| GenapSys, Inc. | Integrated Surface Technologies, Inc | PO4051 | 1/26/2022 |
| GenapSys, Inc. | Zymo Research Corporation | PO3895 | 12/21/21 |
| GenapSys, Inc. | ADP | Major Accounts Agreement | 4/02/2014 |
| GenapSys, Inc. | Cadence Design Systems, Inc | Cadence Software License and Maintenance Terms and Conditions for Time Based Product Licenses | 4/06/2022 |
| GenapSys, Inc. | Cigna Healthcare | Administrative Services Contract (Level Funding) | 11/16/2021 |
| Genapsys, Inc. | Cigna Healthcare | Stop Loss Policy | 11/1/2021 |
| GenapSys, Inc. | Kaiser Foundation Health Plan Inc | 2022 Group Agreement Summary of Changes and Clarifications Notice Effective January 1, 2022, through December 31, 2022 | 11/13/2021 |
| GenapSys, Inc. | KORE Westmoor Center, Inc | Office Lease Agreement | 11/3/2021 |
| GenapSys, Inc. | Prospect Life Sciences | Sublease Agreement | 9/13/2021 |
| GenapSys, Inc. | NetSuite | Statement of Work for Genapsys Inc | 7/29/2022 |
| GenapSys, Inc. | The Board of Trustees of the Leland Stanford Junior University | Exclusive (Equity) Agreement (Stanford Docket S10-237) | 2/27/2012  Amended: 5/8/2013 |
| GenapSys, Inc. | The Board of Trustees of the Leland Stanford Junior University | Exclusive (Equity) Agreement (Stanford Docket S05-208) | 2/27/2012  Amended: 5/8/2013 |
| GenapSys, Inc. | The Board of Trustees of the Leland Stanford Junior University | Exclusive (Equity) Agreement (Stanford Docket S99-142) | 2/27/2012  Amended: 5/8/2013 |
| GenapSys, Inc. | The Board of Trustees of the Leland Stanford Junior University | Exclusive (Equity) Agreement (Stanford Docket S10-028) | 2/27/2012  Amended: 5/8/2013 |
| GenapSys, Inc. | Howell Construction | Design-Build Amendment | 6/6/2022 |

| GenapSys, Inc. | Life Insurance Company of North America | Basic & Voluntary Life Insurance effective 11/1/2020 (SGM 0611362)<br><br>Accidental Death and Dismemberment, effective 11/1/2020 (SOK0608483)<br><br>Short Term Disability, effective 11/1/2020 (SGD0612585)<br><br>Long Term Disability, effective 11/1/2020 (SGD0612506) | 11/1/2020 |
|---|---|---|---|
| GenapSys, Inc. | New York Life Group Benefit Solutions | Life & Disability Insurance | |
| GenapSys, Inc. | Navia Benefit Solutions | Navia Benefit Solutions Administrative Services Agreement | January 1, 2022 |