**Exhibit C**

**Publication Notice**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co. (f/k/a GenapSys, Inc.)[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS) |

**NOTICE OF DEADLINE FOR THE FILING OF PROOFS OF CLAIM, INCLUDING FOR CLAIMS ASSERTED UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE**

**(GENERAL BAR DATE IS \_\_\_\_ \_\_, 2022, AT 5:00 P.M. (PREVAILING EASTERN TIME))**

> **On September 27, 2022, the Court entered an order [Docket No. \_\_\_\_] amending the caption used in the above-captioned Chapter 11 Case to reflect the change of the Debtor's corporate name from GenapSys, Inc. to Redwood Liquidating Co., in connection with the sale of substantially all of the Debtor's assets. Notwithstanding the change of the Debtor's corporate name, the procedures for filing proofs of claim set forth herein and in the Bar Date Order apply to claims asserted against GenapSys, Inc. in connection with its Chapter 11 Case.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Please take notice that on July 11, 2022 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") with the United States Bankruptcy Court for the District of Delaware (the "Court").

On _____, 2022, the Court entered an order [Docket No. \_\_\_\_] (the "Bar Date Order") establishing certain deadlines for the filing of proofs of claim in the Chapter 11 Case.

Pursuant to the Bar Date Order, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, and trust) that holds or seeks to assert a claim (as defined in section 101(5) of the Bankruptcy Code) against the Debtor that arose, or is deemed to have arisen, prior to the Petition Date (including, without limitation, claims entitled to administrative priority status under section 503(b)(9) of the Bankruptcy Code), no matter how remote or contingent such right to payment or equitable remedy may be, **MUST FILE A PROOF OF CLAIM** on or before **5:00 p.m. (prevailing Eastern Time),** on _____**, 2022** (the "General Bar Date"), by sending an original proof of claim form to Kroll Restructuring Administration LLC ("Kroll"), the Debtor's claims and noticing

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

agent, or by completing the online proof of claim form available at *https://cases.ra.kroll.com/genapsys*, so that it is **actually received** on or before the General Bar Date; *provided* that, solely with respect to governmental units (as defined in section 101(27) of the Bankruptcy Code), the deadline for such governmental units to file a proof of claim against the Debtor **is January 9, 2023, at 5:00 p.m. (prevailing Eastern Time)** (the "Governmental Bar Date").  Proofs of claim must be sent by overnight mail, courier service, hand delivery, regular mail, or in person, or completed electronically through Kroll's website.  Proofs of claim sent by facsimile, telecopy, or electronic mail will **not** be accepted and will **not** be considered properly or timely filed for any purpose in this Chapter 11 Case.

ANY PERSON OR ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM IN THIS CHAPTER 11 CASE WITH RESPECT TO A PARTICULAR CLAIM AGAINST THE DEBTOR, BUT THAT FAILS TO DO SO PROPERLY BY THE APPLICABLE BAR DATE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR PURPOSES OF VOTING AND DISTRIBUTION.

A copy of the Bar Date Order and proof of claim form may be obtained by contacting Kroll, in writing, at Kroll Restructuring Administration LLC, 830 Third Avenue, Suite 412, Brooklyn, NY 11232, or online at *https://cases.ra.kroll.com/genapsys*.  The Bar Date Order can also be viewed on the Court's website at *http://www.uscourts.gov*.  If you have questions concerning the filing or processing of claims, you may contact Kroll by electronic mail at genapsysinfo@ra.kroll.com or by telephone at (844) 721-3906 (toll-free) or (347) 817-4106 (international).

Dated: September [•], 2022
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Draft*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
J. Zachary Noble (No. 6689)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
milana@rlf.com
noble@rlf.com
mccauley@rlf.com

*Counsel to the Debtor and Debtor in Possession*