**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.[1] | Case No. 22-10621 (BLS) |
| Debtor. | <u>Objection Deadline</u>: November 4, 2022 at 4:00 p.m. (ET)<br><u>Hearing Date</u>: November 16, 2022 at 10:30 a.m. (ET) |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that, on October 21, 2022, the debtor and debtor in possession (the "<u>Debtor</u>") in the above-captioned case filed the *Debtor's Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtor to Reject Certain Executory Contracts, Effective as of the Rejection Date and (II) Granting Related Relief* (the "<u>Motion</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **November 4, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801, on **November 16, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

RLF1 28130736v.1

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 21, 2022
       Wilmington, Delaware    **RICHARDS, LAYTON & FINGER, P.A.**

*/s/ James F. McCauley*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
Matthew P. Milana (No. 6681)
J. Zachary Noble (No. 6689)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
milana@rlf.com
noble@rlf.com
mccauley@rlf.com

*Counsel to the Debtor and Debtor-in-Possession*