## Exhibit 1

**Rejected Contracts**

| Counterparty | Counterparty Address | Description | Rejection Date |
|---|---|---|---|
| Qualio | Evan Blumenfeld 13-18 City Quay, Dublin D02 ED70, Ireland | Qualio Order Form and Customer Agreement dated August 20, 2021 | October 21, 2022 |
| Masergy | Masergy Communications, Inc. 2740 N. Dallas Pkwy, Suite 260 Plano, TX 75093 Attn: Contracts Administration | Service Order Form dated January 30, 2022 (Redwood City, CA) | October 21, 2022 |