**Exhibit A**

**Class 3 Ballot**

RLF1 28269520v.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.[1] | Case No. 22-10621 (BLS) |
| Debtor. | Re: Docket No. __ |

**BALLOT FOR VOTING TO ACCEPT OR REJECT THE**
**DEBTOR'S COMBINED DISCLOSURE STATEMENT AND**
<u>**CHAPTER 11 PLAN OF LIQUIDATION**</u>

**CLASS 3 – GENERAL UNSECURED CLAIMS**
**(<u>VOTING DEADLINE: DECEMBER 30, 2022 AT 4:00 P.M. (ET)</u>)**

---

<u>**IMPORTANT NOTICE REGARDING RELEASES**</u>

- **IF YOU DECLINE TO VOTE ON THE COMBINED DISCLOSURE STATEMENT AND PLAN OR VOTE TO REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN AND WISH TO OPT OUT OF GIVING THE RELEASE PROVIDED IN <u>ARTICLE XIV.C.</u> OF THE COMBINED DISCLOSURE STATEMENT AND PLAN, YOU MUST MAKE THE OPT OUT SELECTION ON THIS BALLOT.**

- **UNLESS YOU VOTE TO REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN OR DECLINE TO VOTE ON THE COMBINED DISCLOSURE STATEMENT AND PLAN <u>AND</u> ELECT TO OPT OUT OF THE RELEASE CONTAINED IN <u>ARTICLE XIV.C.</u> OF THE COMBINED DISCLOSURE STATEMENT AND PLAN BY CHECKING THE OPT-OUT BOX, IF THE COMBINED DISCLOSURE STATEMENT AND PLAN BECOMES EFFECTIVE, YOU WILL BE DEEMED TO PROVIDE THE RELEASE CONTAINED IN <u>ARTICLE XIV.C.</u> OF THE COMBINED DISCLOSURE STATEMENT AND PLAN, REGARDLESS OF WHETHER YOU VOTE TO ACCEPT, REJECT, OR DECLINE TO VOTE ON THE COMBINED DISCLOSURE STATEMENT AND PLAN.**

---

The above-captioned debtor and debtor in possession (the "<u>Debtor</u>") is soliciting votes with respect to the *Debtor's Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. ___] (as may be amended, modified, or supplemented, the "<u>Combined Disclosure Statement and Plan</u>" or the "<u>Plan</u>"), from the Holders of certain impaired Claims against the Debtor. All capitalized terms used but not defined herein or in the enclosed voting

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (*f/k/a* GenapSys, Inc.) (3904). The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

instructions have the meanings ascribed to such terms in the Combined Disclosure Statement and Plan.  If you have any questions on how to properly complete this Ballot, please contact Kroll Restructuring Administration LLC (the "Balloting Agent") via email at genapsysinfo@ra.kroll.com or via telephone at (844)-721-3906 (U.S., toll-free) or (347)-817-4106 (International).

On **November 29, 2022**, the Court entered the Conditional Approval and Procedures Order [Docket No. [●]], approving on an interim basis the adequacy of the disclosure statement as set forth in the Combined Disclosure Statement and Plan. Your rights are described in the Conditional Approval and Procedures Order and the Combined Disclosure Statement and Plan, which are included in the Solicitation Package you are receiving with this Ballot. At the Confirmation Hearing, the Debtor will seek final approval of the adequacy of the Combined Disclosure Statement and Plan, as well as confirmation of the Combined Disclosure Statement and Plan.

On or before **December 23, 2022,** the Debtor will file any supplements to the Combined Disclosure Statement and Plan, copies of which will be available free of charge at the Debtor's case website: *https://cases.ra.kroll.com/genapsys/*.

**THIS BALLOT IS TO BE USED FOR VOTING BY HOLDERS OF CLASS 3 GENERAL UNSECURED CLAIMS.**

**VOTING INSTRUCTIONS**

**You should review the Combined Disclosure Statement and Plan before you vote. You may wish to seek independent legal advice concerning the Combined Disclosure Statement and Plan and your classification and treatment under the Combined Disclosure Statement and Plan. Your claim has been placed in Class 3 under the Combined Disclosure Statement and Plan.**

1. This Ballot is submitted to you to solicit your vote to accept or reject the Combined Disclosure Statement and Plan. **PLEASE READ THE COMBINED DISCLOSURE STATEMENT AND PLAN CAREFULLY BEFORE COMPLETING THIS BALLOT.**

2. The Combined Disclosure Statement and Plan will be accepted by Class 3 if it is accepted by the Holders of two-thirds in amount and more than one-half in number of Claims in such Class voting on the Combined Disclosure Statement and Plan.  If the Combined Disclosure Statement and Plan is confirmed by the Court, all Holders of Claims against and Equity Interests in the Debtor (including those Holders who abstain from voting on or reject the Combined Disclosure Statement and Plan, and those Holders who are not entitled to vote on the Combined Disclosure Statement and Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.

3. To properly complete this Ballot, you must follow the procedures described below:

   a. review and confirm the information provided in Item 1 below to confirm its accuracy;

   b. cast a vote to accept or reject the Combined Disclosure Statement and Plan by checking the appropriate box in Item 2 below;

   c. if you are completing this Ballot on behalf of another person or entity, indicate your relationship with such person or entity and the capacity in which you are signing. You may be requested to provide satisfactory evidence of your authority to so act (e.g., a power of attorney or a certified copy of board resolutions authorizing you to so act);

   d. fill in all of the information sought under Item 4 below including your name and mailing address;

   e. sign and date your Ballot where indicated in Item 4 below;

   f. return your Ballot in one of the following methods:

      **1. Via E-Ballot Portal**. Please visit *https://cases.ra.kroll.com/genapsys/*. Click on the "Submit E-Ballot" section of the website and follow the instructions to submit your Ballot.

      IMPORTANT NOTE: You will need the following information to retrieve and submit your customized electronic Ballot:

      Unique E-Ballot ID#:_____

      **The Balloting Agent's E-Ballot Portal is the sole manner in which Ballots will be accepted via electronic or online transmission. Ballots submitted by facsimile, email or other means of electronic transmission will not be counted.**

      Each E-Ballot ID# is to be used solely for voting only those Claims described in Item 1 of your electronic Ballot. Please complete and submit an electronic Ballot for each E-Ballot ID# you receive, as applicable.

                                       OR

      **2. Via Paper Ballot**. Please deliver the Ballot to the Balloting Agent in the business reply envelope provided with your Ballot or by either regular mail, overnight mail or hand delivery to the Balloting Agent at the following address: **Redwood Liquidating Co. (f/k/a Genapsys Inc.) Ballot Processing,** c/o Kroll Restructuring Administration, LLC 55 East 52nd Street, 17th Floor New York, NY 10055. **Ballots will NOT be accepted by email, telecopy, facsimile, or other electronic means of transmission (other than through the E-Ballot**

3

       **Portal).** **To coordinate hand delivery of your Ballot, please email GenapsysBallots@ra.kroll.com at least 24 hours before your arrival at the Kroll address above and provide the anticipated date and time of your delivery.**

       <u>**Creditors who cast a Ballot using the Balloting Agent's E-Ballot Portal should NOT also submit a paper Ballot**</u>; and

  g.    in order for your vote to be counted, the Balloting Agent **must actually receive** all Ballots with **signatures** by no later than **4:00 p.m. (Eastern Time) on December 30, 2022** (the "<u>Voting Deadline</u>"), unless such time is extended in writing by the Debtor. For the avoidance of doubt, ballots submitted via the E-Ballot Portal will deemed to contain a **signature**.

IF YOU HAVE ANY QUESTIONS REGARDING THIS BALLOT, IF YOU DID NOT RECEIVE A RETURN ENVELOPE WITH THIS BALLOT, IF YOU DID NOT RECEIVE A COPY OF THE COMBINED DISCLOSURE STATEMENT AND PLAN OR THE CONDITIONAL APPROVAL AND PROCEDURES ORDER OR IF YOU NEED ADDITIONAL COPIES OF THIS BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE DEBTOR'S BALLOTING AGENT, KROLL RESTRUCTURING ADMINISTRATION LLC, VIA EMAIL AT GENAPSYSINFO@RA.KROLL.COM OR VIA TELEPHONE AT (844)-721-3906 (U.S., TOLL-FREE) OR (347)-817-4106 (INTERNATIONAL). PLEASE DO NOT DIRECT ANY INQUIRIES TO THE COURT. PLEASE ALSO NOTE THAT THE BALLOTING AGENT IS NOT PERMITTED TO GIVE LEGAL ADVICE.

**PLEASE COMPLETE THE FOLLOWING**:

**Item 1.  Amount of General Unsecured Claim Against the Debtor**.  The undersigned hereby certifies that as of the Voting Record Date of November 29, 2022, the undersigned was the Holder (or authorized signatory for a Holder) of a Class 3 General Unsecured Claim, without regard to any accrued but unpaid interest.

> Principal Amount of General Unsecured Claim:[2]
>
> $_____

**Item 2.  Vote on the Combined Disclosure Statement and Plan.**  The undersigned Holder of a General Unsecured Claim identified in <u>Item 1</u> above hereby votes to:

### Check One Box Only

☐ **Accept** the Combined Disclosure Statement and Plan

OR

☐ **Reject** the Combined Disclosure Statement and Plan

**Item 3.  Important Information about Third-Party Release.**

The Holder of the General Unsecured Claim set forth in <u>Item 1</u> above **has not voted to accept** the Combined Disclosure Statement and Plan and elects to:

☐ **Opt Out** of the Third-Party Release.

In connection with the foregoing, please carefully review the following:

- If you vote to accept the Combined Disclosure Statement and Plan, you will be a "Releasing Party" thereunder, and you will be deemed to provide the Third-Party Release provided in Article XIV.C. thereof.  If you vote to accept the Combined Disclosure Statement and Plan, you cannot opt out of giving such release.

---

[2] Solely for purposes of voting on the Plan (and not for (i) purposes of voting on any other chapter 11 plan filed in this chapter 11 case or (ii) ultimate allowance or distribution purposes). Subject to tabulation rules.

- If you vote to reject the Combined Disclosure Statement and Plan and wish to opt out of the giving the Third-Party Release provided in Article XIV.C. thereof, you must submit this Ballot to the Balloting Agent by the Voting Deadline and check the opt out box above.

- If you do not vote on the Combined Disclosure Statement and Plan but wish to opt out of giving the Third-Party Release provided in Article XIV.C. thereof, you must submit this Ballot by the Voting Deadline and check the opt out box above.

If you (i) do not submit a Ballot by the Voting Deadline or (ii) submit a Ballot but do not vote to accept or reject the Combined Disclosure Statement and Plan, and fail to check the opt out box above, you will be deemed to consent to giving the Third-Party Release provided in Article XIV.C.

Articles XIV.C. and XIV.D. of the Combined Disclosure Statement and Plan contain the following release and injunction provisions:

> **Third Party Releases.** Effective as of the Effective Date, for good and valuable consideration, the adequacy of which is hereby confirmed, the Releasing Parties[3] shall be deemed to, completely, conclusively, absolutely, unconditionally, irrevocably and forever release, waive, void and extinguish the Released Parties[4] from any claim, Claim, Cause of Action, obligation, suit, judgment, damages, debt, right, remedy or liability, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising in law, equity, or otherwise, for any act or omission (i) that took place prior to, on or after the Petition Date relating to and/or in connection with the Debtor, and/or (ii) in connection with, relating to, or arising out of the Chapter 11 Case, including, but not limited to, the Sale and the Asset Purchase Agreement, the negotiation and Filing of the Combined Disclosure

---

[3] As set forth in Article II.A.140. of the Combined Disclosure Statement and Plan, "Releasing Parties" means the following Entities, each in their respective capacities as such: (a) Oxford; (b) each Holder of a Claim that (x) votes to accept the Combined Disclosure Statement and Plan or (y) either (I) abstains from voting or (II) votes to reject the Combined Disclosure Statement and Plan and, in the case of either (I) or (II), does not opt out of the voluntary release contained in Article XIV.C. of the Combined Disclosure Statement and Plan by checking the opt out box on the ballot, and returning it in accordance with the instructions set forth thereon, indicating that they opt not to grant the releases provided in the Combined Disclosure Statement and Plan; (c) each Holder of a Claim that is deemed to accept the Combined Disclosure Statement and Plan or otherwise unimpaired under the Combined Disclosure Statement and Plan and who does not affirmatively elect to "opt out" of being a Releasing Party by timely objecting to the Combined Disclosure Statement and Plan's third-party release provisions; and (d) the Related Parties of the foregoing but only to the extent such Related Party would be obligated to release under principles of agency if it were so directed by the applicable Person or Entity in clauses (a) through (d). For the avoidance of doubt, nothing contained in this definition shall result in the Released Parties releasing any Claims or Causes of Action against any Excluded Parties.

[4] As set forth in Article II.A.139. of the Combined Disclosure Statement and Plan, "Released Parties" means the following Entities, each in their capacity as such: (a) the Debtor; (b) the Debtor's officers and directors as of the Petition Date, (c) Peter Swider, (d) Oxford; (e) the members of the Special Committee: Mr. Robert Zollars, Mr. Fredrik Eliasson, and Ms. Loretta Cecil and (f) the Related Parties of the foregoing; provided, however, that Released Parties shall not include any Excluded Parties.

**Statement and Plan, the Filing of the Chapter 11 Case, the settlement of Claims or renegotiation of Executory Contracts, the pursuit of confirmation of the Combined Disclosure Statement and Plan, the consummation of the Combined Disclosure Statement and Plan, or the administration of the Combined Disclosure Statement and Plan or the property to be Distributed under the Combined Disclosure Statement and Plan;** *provided, however,* **that the foregoing provisions shall not operate to waive or release any Causes of Action resulting from any act or omission constituting actual fraud, willful misconduct, or gross negligence of such applicable Released Party as determined by a Final Order;** *provided further, however,* **that notwithstanding anything to the contrary in the Combined Disclosure Statement and Plan, Article XIV.C. of the Combined Disclosure Statement and Plan shall not apply with respect to any unimpaired Claim until such unimpaired Claim has been paid in full in the Allowed amount of such Claim determined in accordance with applicable law, or on terms agreed to between the holder of such Claim and the Plan Administrator or the Post-Effective Date Debtor, at which time Article XIV.C. of the Combined Disclosure Statement and Plan shall apply in all respects as to the applicable unimpaired Claim;** *provided, further however,* **that for the avoidance of doubt, nothing contained in Article XIV.C. of the Combined Disclosure Statement and Plan shall result in the Released Parties releasing any Claims or Causes of Action against any Excluded Parties. For the avoidance of doubt, (i) neither the Debtor nor Sequencing Health is releasing any claims either has or may have pursuant to the Asset Purchase Agreement and/or the TSA, and (ii) nothing in the Combined Disclosure Statement and Plan shall result in the release of any claims that either Oxford or Sequencing Health has or may have against the other, including claims under the Oxford Loan Modification Agreement.**

**<u>Injunctions Relating to Releases</u>. Effective as of the Effective Date, all Persons that hold, have held or may hold a claim, Claim, Cause of Action, obligation, suit, judgment, damages, debt, right, remedy or liability of any nature whatsoever, that is released pursuant to the Combined Disclosure Statement and Plan, shall be permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions, whether directly or indirectly, individually, jointly, collectively, derivatively or otherwise, on account of or based on the subject matter of such released claims, Claims, Causes of Action, obligations, suits, judgments, damages, debts, rights, remedies or liabilities, (i) commencing, conducting or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum, (ii) enforcing, attaching (including, without limitation, any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order, (iii) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any lien, (iv) setting off (except to the extent such setoff was exercised prior to the Petition Date), seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation owed to any Person released under the Combined Disclosure Statement and Plan, and (v) commencing or continuing in any manner, in any place of any**

7

**judicial, arbitration or administrative proceeding in any forum, that does not comply with or is inconsistent with the provisions of the Combined Disclosure Statement and Plan or the Confirmation Order.**

AS A HOLDER OF A CLAIM IN THE VOTING CLASS UNDER THE COMBINED DISCLOSURE STATEMENT AND PLAN, YOU ARE DEEMED TO PROVIDE THE RELEASE CONTAINED IN ARTICLE XIV.C. OF THE COMBINED DISCLOSURE STATEMENT AND PLAN, AS SET FORTH ABOVE, UNLESS YOU (I) ABSTAIN FROM VOTING OR (II) VOTE TO REJECT THE COMBINED DISCLOSURE STATEMENT AND PLAN AND, IN THE CASE OF EITHER (I) OR (II), CHECK THE OPT OUT BOX ON THIS BALLOT, AND RETURN IT IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH HEREON.

**Item 4. Acknowledgements and Certification.** By signing this Ballot, the undersigned acknowledges that the undersigned has been provided with copies of the Conditional Approval and Procedures Order, the Combined Disclosure Statement and Plan, including all exhibits thereto, and the Confirmation Hearing Notice. The undersigned certifies that (i) it is the Holder of the General Unsecured Claim identified in Item 1 above as the Voting Record Date of **November 29, 2022** and (ii) it has full power and authority to vote to accept or reject the Combined Disclosure Statement and Plan. The undersigned further acknowledges that the Debtor's solicitation of votes is subject to all terms and conditions set forth in the Conditional Approval and Procedures Order and the procedures for the solicitation of votes to accept or reject the Combined Disclosure Statement and Plan contained therein.

| | |
|---:|---|
| **Print or Type Name of Claimant** | _____ |
| **Last Four (4) Social Security No./Federal Tax I.D. No. of Claimant** | _____ |
| **Signature** | _____ |
| **Name of Signatory (if different than Claimant)** | _____ |
| **If by Authorized Agent, Title of Agent** | _____ |
| **Street Address** | _____ |
| **City, State and Zip Code** | _____ |
| **Telephone Number** | _____ |
| **Email Address** | _____ |
| **Date Completed** | _____ |

This Ballot shall not constitute or be deemed a proof of Claim or Equity Interest, an assertion of a Claim or Equity Interest, or the allowance of a Claim or Equity Interest.