# EXHIBIT A

**Liquidation Analysis**

RLF1 28284938v.1

# Redwood Liquidating Co. | Chapter 7 Liquidation Analysis

| Item | Notes | Chapter 7 Distributable Value | | | Chapter 11 Distributable Value | | |
|---|---|---|---|---|---|---|---|
| | | Book Value | Recovery % | Recovery $ | Book Value | Recovery % | Recovery $ |
| Cash & cash equivalents | 1 | $1,410,937 | 100% | $1,410,937 | $1,410,937 | 100% | $1,410,937 |
| **Total Distributable Value** | | **$1,410,937** | | **$1,410,937** | **$1,410,937** | | **$1,410,937** |
| *Estimated Post-Effective Date Costs* | | | | | | | |
| Chapter 7 professionals | 2 | | | $ 525,000 | | | $ - |
| Chapter 7 trustee fees | 3 | | | $ 65,000 | | | $ - |
| Chapter 11 professionals | 4 | | | $ - | | | $ 175,000 |
| Plan Administrator fees | 5 | | | $ - | | | $ 60,000 |
| Estimated UST fees | 6 | | | $ - | | | $ 25,000 |
| Wind down costs | 7 | | | $ 40,000 | | | $ 40,000 |
| **Total Remaining Cost Estimates** | | | | **$630,000** | | | **$300,000** |
| **Net Distributable Value** | | | | **$780,937** | | | **$1,110,937** |

| Claim | Notes | Chapter 7 Distributable Value | | | Chapter 11 Distributable Value | | |
|---|---|---|---|---|---|---|---|
| | | Claim $ | Recovery % | Recovery $ | Claim $ | Recovery % | Recovery $ |
| *Administrative Expense Claims:* | | | | | | | |
| Administrative Expense Claims | 8 | $17,994 | 100% | $17,994 | $17,994 | 100% | $17,994 |
| **Total** | | **$17,994** | | **$17,994** | **$17,994** | | **$17,994** |
| *Priority & Secured Claims:* | | | | | | | |
| Priority Tax Claims | 9 | $9,642 | 100% | $9,642.44 | $9,642 | 100% | $9,642.44 |
| Priority Non-Tax Claims (Class 1) | 9 | $-- | 100% | $-- | $-- | 100% | $-- |
| Secured Claims (Class 2) | 9 | -- | 100% | -- | -- | 100% | -- |
| **Total** | | **$27,636** | | **$27,636** | **$27,636** | | **$27,636** |
| *Unsecured Claims & Equity Interest:* | | | | | | | |
| General Unsecured Claims (Class 3) | 10 | $ 6,333,208 | 12% | $ 753,301 | $ 6,333,208 | 17% | $ 1,083,300 |
| Series D Preferred Equity Interests (Class 4a) | | $ 69,999,981 | 0% | $0 | $ 69,999,981 | 0% | $0 |
| Series D 510(b) Claims (Class 4b) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series C Preferred Equity Interests (Class 5a) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series C 510(b) Claims (Class 5b) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series B Preferred Equity Interests (Class 6a) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series B 510(b) Claims (Class 6b) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series A Preferred Equity Interests (Class 7a) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Series A 510(b) Claims (Class 7b) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Common Equity Interests (Class 8a) | | N/A | 0% | $0 | N/A | 0% | $0 |
| Common Equity 510(b) Claims (Class 8b) | | N/A | 0% | $0 | N/A | 0% | $0 |
| **Total** | | **$76,333,189** | | **$753,301** | **$76,333,189** | | **$1,083,300** |

Notes:

1. Consists of the Debtor's estimated Cash on hand as of December 31, 2022, calculated in accordance with the Debtor's Wind Down Budget, including the cash proceeds generated from the sale of substantially all of the Debtor's assets during the chapter 11 case. Cash on hand does not include any funds held in the professional fee escrow. The Liquidation Analysis assumes 100% recovery of cash held in the Debtor's operating accounts.

2. This Liquidation Analysis assumes the Chapter 7 Trustee will incur costs to hire financial advisors, legal counsel, and other professionals to assist in the administration of the chapter 7 liquidation. It is possible that, because of the need for a chapter 7 trustee to familiarize itself with the chapter 11 case and its statutory commission, the fees and expenses of the chapter 7 trustee and its professionals may exceed the equivalent costs under the chapter 11 plan where the Post-Effective Date Debtor and its professionals are already familiar with the winding down of the Debtor's estate. Moreover, the institutional case knowledge of the Professionals would likely result in a faster post-effective date wind down process than conversion to Chapter 7.

3. Trustee fees represent fees associated with the appointment of the Chapter 7 Trustee in accordance with the Bankruptcy Code.

4. The chapter 11 professional fees represent estimated professional fees incurred for the post-effective date wind down contemplated under the Combined Disclosure Statement and Plan.

5. Represents estimates of Plan Administrator fees in the chapter 11 Plan scenario.

6. Trustee fees represent the quarterly U.S. Trustee fees.

7. This Liquidation Analysis assumes the Debtor will incur $40,000 post-confirmation to wind down the estate in a chapter 7 or 11 scenario.

8. This Liquidation Analysis assumes there will be approximately $18,000 of chapter 11 Administrative Expense Claims (excluding Professional Claims), which represent the estimated total post-petition accounts payable and accrued expenses.

9. Represents the Debtor's view of priority tax, priority non-tax, and secured claims based on internal records and a preliminary analysis of filed Claims.

10. The estimated amount of General Unsecured Claims is based on a review of the Debtor's books and records, Schedules of Assets and Liabilities, and filed proofs of Claim and reflects the Debtor's best estimate of the valid and legitimate claims that are not, or will not be, subject to objection. The Debtor believes that the estimated amount of General Unsecured Claims ultimately may aggregate to a different amount after taking into account all limitations or defenses under the Bankruptcy Code and applicable law and the ongoing claims reconciliation process. For the Combined Disclosure Statement and Plan and this Liquidation Analysis, these Claim estimates exclude potential rejection damages Claims.