## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.,[1] | Case No. 22-10621 (BLS) |
| Debtor. | **Re: Docket No. 362, 366 & 367** |

## NOTICE OF FILING OF BLACKLINE OF SOLICITATION VERSION OF COMBINED DISCLOSURE STATEMENT AND PLAN

PLEASE TAKE NOTICE that, on November 28, 2022, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 362] (the "Combined Disclosure Statement and Plan") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on November 29, 2022, the Court entered an order [Docket No. 366] conditionally approving the Combined Disclosure Statement and Plan for solicitation purposes only.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtor has filed the solicitation version of the Combined Disclosure Statement and Plan [Docket No. 367] (the "Solicitation Version of the Combined Disclosure Statement and Plan").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 3016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit 1** is a changed-pages-only blackline of the Solicitation

---

[1]     The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904).  The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

Version of the Combined Disclosure Statement and Plan marked against the Combined Disclosure

Statement and Plan.

Dated:    November 29, 2022
          Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ David T. Queroli*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com
mccauley@rlf.com

*Counsel to the Debtor and Debtor in Possession*

2