## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.[1] | Case No. 22-10621 (BLS) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On November 29, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Certification of Counsel Regarding Order (A) Approving the Combined Disclosure Statement and Plan on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Disclosure Statement and Plan and Confirmation Thereof, and (F) Approving the Related Form of Notice [Docket No. 364]

- Order (A) Approving the Combined Disclosure Statement and Plan on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Combined Disclosure Statement and Plan and Confirmation Thereof, and (F) Approving the Related Form of Notice [Docket No. 366]

- Debtor's Combined Disclosure Statement and Chapter 11 Plan of Liquidation [Docket No. 367]

- Notice of Filing of Blackline of Solicitation Version of Combined Disclosure Statement and Plan [Docket No. 368]

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

- Notice of (I) Establishment of Solicitation and Voting Procedures and (II) Final Hearing on Approval and Confirmation of Combined Disclosure Statement and Plan [Docket No. 369]

On November 29, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Agenda Service List attached hereto as **Exhibit B**:

- (HEARING CANCELLED) Second Amended Notice of Agenda of Matters Scheduled for Hearing on November 30, 2022 at 11:30 a.m. (ET), Before the Honorable Brendan Linehan Shannon, at the United States Bankruptcy Court for the District of Delaware [Docket No. 365]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service. In accordance with the Bankruptcy Court's CM/ECF system, the Manual Notice Parties were provided with the documents referenced above via overnight mail or first class mail.


Dated: December 1, 2022

                                                          */s/ Nicholas Vass*
                                                          Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 1, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 65644

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Westec Plastics Corporation | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile 1313 North Market Street, Suite 1201 Wilmington DE 19801 | kcapuzzi@beneschlaw.com jgentile@beneschlaw.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 425 Market Street, Suite 2900 San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Top 20 Unsecured Creditor | CDW Direct LLC | Attn: President or General Counsel PO Box 75723 Chicago IL 60675-5723 | achremittance@cdw.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: President or General Counsel 3 Embarcadero Ctr FL 20 San Francisco CA 94111-4004 | tgibson@cooley.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Daisho Denshi America Inc | Attn: President or General Counsel 3480 Torrance Blvd Suite 206 Torrance CA 90503 | | First Class Mail |
| Delaware Attorney General | Delaware Attorney General | Attn: Kathy Jennings Carvel State Office Bldg 820 N French St 6th Fl Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton 820 N French St Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax P.O. Box 898 Dover  DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept 820 Silver Lake Blvd Ste 100 Dover  DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq. 1979 Marcus Avenue, Suite 210E Lake Success NY 11042 | amish@doshilegal.com | Email |
| Counsel to Dr. Hamid Rategh | Dudnick Detwiler Rivin & Stikker LLP | Attn: William C. Wilka 351 California Sttreet, 15th Floor San Francisco CA 94104 | bwilka@ddrs.com | Email |
| Top 20 Unsecured Creditor | Elsevier Inc. | Attn: President or General Counsel PO Box 7247-8455 Philadelphia PA 19170-8455 | invoicing_Americas@elsevier.com | First Class Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept 1650 Arch Street Philadelphia PA 19103-2029 | | First Class Mail |
| Top 20 Unsecured Creditor | Foresite Capital Fund IV LP | Attn: President or General Counsel C/O Foresite Capital Management 900 Larkspur Landing Cir Ste 150 Larkspur CA 94939-1766 | Jim@foresitecapital.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Gilmartin Group LLC | Attn: President or General Counsel<br>60 E Sir Francis Drake Blvd.<br>Suite 208<br>Larkspur CA 94939 | accounting@gilmartinir.com | First Class Mail and Email |
| Counsel to Oxford Finance LLC | Greenberg Traurig LLP | Attn: Anthony W. Clark, Dennis A. Meloro<br>1007 North Orange Street<br>Suite 1200<br>Wilmington DE 19801 | anthony.clark@gtlaw.com<br>dennis.meloro@gtlaw.com | Email |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: David B. Kurzweil and Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta GA 30305 | petriem@gtlaw.com<br>kurzweild@gtlaw.com | Email |
| Counsel to Oxford Finance LLC | Greenberg Traurig LLP | Attn: Eric J. Howe<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis MN 55402 | howee@gtlaw.com | Email |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: Shari L. Heyen, Eric J. Howe<br>1000 Louisiana Street, Suite 6700<br>Houston TX 77002 | heyens@gtlaw.com<br>howee@gtlaw.com | Email |
| Top 20 Unsecured Creditor | HCP Life Science REIT | C/O Healthpeak Properties, Inc.<br>HCP Life Science REIT (ACH)<br>1920 Main Street Suite 1200<br>Irvine CA 92614 | LISA.KUHN@CBRE.COM | First Class Mail and Email |
| Top 20 Unsecured Creditor | HDMZ (ACH) | Attn: Harris D. Mckinney<br>55 West Wacker Drive Suite 850<br>Chicago IL 60601 | accounting@hdmz.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | IMEC VZW | Attn: President or General Counsel<br>Kapeldreef 75<br>Leuven B-3001 Belgium | barbb@peninsulacrane.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Manual ECF Notice Party | Lexitas | Attn: President or General Counsel<br>1330 King St<br>Wilmington DE 19801 | | First Class Mail |
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Locke Lord LLP | Attn: Brian A. Raynor<br>111 South Wacker Drive<br>Suite 4100<br>Chicago IL 60606 | braynor@lockelord.com | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Locke Lord LLP | Attn: Chelsey Rosenbloom List<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York NY 10281 | chelsey.list@lockelord.com | Email |
| Top 20 Unsecured Creditor | New England Biolabs | Attn: President or General Counsel<br>PO Box 3933<br>Boston MA 02241-3933 | accountsreceivable@neb.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Novo Construction, Inc. | Attn: President or General Counsel<br>1460 O` Brien Drive<br>Menlo Park CA 94025 | tbriar@novoconstruction.com | First Class Mail and Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Jane M. Leamy<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | jane.m.leamy@usdoj.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | Oligo Factory Inc | Attn President or General Counsel<br>70 Bartzak Drive<br>Unit# 1<br>Holliston MA 01746 | | First Class Mail |
| Counsel to Foresite Capital Fund IV, L.P. | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Peter J. Keane<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington DE 19801 | ljones@pszjlaw.com<br>pkeane@pszjlaw.com | Email |
| Top 20 Unsecured Creditor | Paramit Corporation | Attn: President or General Counsel<br>18735 Madrone Parkway<br>Morgan Hill CA 95037 | lnham@paramit.com | First Class Mail and Email |
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro<br>222 Delaware Avenue<br>Suite 1101<br>Wilmington DE 19801 | cward@polsinelli.com<br>mdipietro@polsinelli.com | Email |
| Counsel to Foresite Capital Fund IV, L.P. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Bennett Murphy<br>865 S. Figueroa St., 10th Floor<br>Los Angeles CA 90017 | bennettmurphy@quinnemanuel.com | Email |
| Counsel to Debtors | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFrancheschi, David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | defranceschi@rlf.com<br>queroli@rlf.com | Email |
| Top 20 Unsecured Creditor | Sada Systems | Attn: President or General Counsel<br>5250 Lankershim Blvd<br>Suite# 620<br>North Hollywood CA 91601 | ever.deleon@sada.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury<br>100 F Street NE<br>Washington DC 20549 | secbankruptcy@sec.gov | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director<br>200 Vesey Street, Suite 400<br>New York NY 10281 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department<br>One Penn Center<br>1617 JFK Boulevard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | Stinson Communications ,Inc | Attn: President or General Counsel<br>141 Adelaide St W,<br>Toronto ON M5H 3L5 Canada | | First Class Mail |
| Top 20 Unsecured Creditor | Toolbox Medical Innovations | Attn: President or General Counsel<br>1050 Westlakes Drive<br>Berwyn PA 19312 | lori.stark@te.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Transperfect Document Management, Inc. | Attn: President or General Counsel<br>1250 Broadway<br>32Nd Floor<br>New York NY 10001 | ar@transperfect.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | UMC Group USA | Attn: President or General Counsel<br>488 Deguigne Drive<br>Sunnyvale CA 94085 | ar@umc-usa.com | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights<br>1007 Orange St Ste 700<br>P.O. Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: President or General Counsel<br>Hercules Building<br>1313 N Market Street<br>Wilmington DE 19801 | USADE.Press@usdoj.gov | First Class Mail and Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Attn: Bankruptcy Administration<br>P.O. Box 13708<br>Macon GA 31208-3708 | Bankruptcy@leasingconnection.com | Email |
| Top 20 Unsecured Creditor | Westec Plastics Corporation | Attn: President or General Counsel<br>6757 Las Positas Rd<br>Livermore CA 94551 | lkulak@westecplastics.com | First Class Mail and Email |
| Counsel to Debtors | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Paul V. Shalhoub, Betsy L. Feldman, Jessica D. Graber, Richard Li<br>787 Seventh Avenue<br>New York NY 10019 | rstrickland@willkie.com<br>pshalhoub@willkie.com<br>bfeldman@willkie.com<br>jgraber@willkie.com<br>rli@willkie.com | Email |

## Exhibit B

Exhibit B

Core/2002 Agenda Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Westec Plastics Corporation | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Kevin M. Capuzzi, John C. Gentile<br>1313 North Market Street, Suite 1201<br>Wilmington DE 19801 | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>425 Market Street, Suite 2900<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Top 20 Unsecured Creditor | CDW Direct LLC | Attn: President or General Counsel<br>PO Box 75723<br>Chicago IL 60675-5723 | achremittance@cdw.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Cooley LLP | Attn: President or General Counsel<br>3 Embarcadero Ctr FL 20<br>San Francisco CA 94111-4004 | tgibson@cooley.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Daisho Denshi America Inc | Attn: President or General Counsel<br>3480 Torrance Blvd Suite 206<br>Torrance CA 90503 | | Overnight Mail |
| Delaware Attorney General | Delaware Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St 6th Fl<br>Wilmington DE 19801 | attorney.general@state.de.us | Overnight Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N French St<br>Wilmington DE 19801 | FASNotify@state.de.us | Overnight Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | Overnight Mail and Email |
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept<br>820 Silver Lake Blvd Ste 100<br>Dover DE 19904 | statetreasurer@state.de.us | Overnight Mail and Email |
| Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi, Esq.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success NY 11042 | amish@doshilegal.com | Email |
| Counsel to Dr. Hamid Rategh | Dudnick Detwiler Rivin & Stikker LLP | Attn: William C. Wilka<br>351 California Strreet, 15th Floor<br>San Francisco CA 94104 | bwilka@ddrs.com | Email |
| Top 20 Unsecured Creditor | Elsevier Inc. | Attn: President or General Counsel<br>PO Box 7247-8455<br>Philadelphia PA 19170-8455 | invoicing_Americas@elsevier.com | Overnight Mail and Email |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn: Bankruptcy Dept<br>1650 Arch Street<br>Philadelphia PA 19103-2029 | | Overnight Mail |
| Top 20 Unsecured Creditor | Foresite Capital Fund IV LP | Attn: President or General Counsel<br>C/O Foresite Capital Management<br>900 Larkspur Landing Cir Ste 150<br>Larkspur CA 94939-1766 | Jim@foresitecapital.com | Overnight Mail and Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Gilmartin Group LLC | Attn: President or General Counsel<br>60 E Sir Francis Drake Blvd.<br>Suite 208<br>Larkspur CA 94939 | accounting@gilmartinir.com | Overnight Mail and Email |
| Counsel to Oxford Finance LLC | Greenberg Traurig LLP | Attn: Anthony W. Clark, Dennis A. Meloro<br>1007 North Orange Street<br>Suite 1200<br>Wilmington DE 19801 | anthony.clark@gtlaw.com<br>dennis.meloro@gtlaw.com | Email |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: David B. Kurzweil and Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta GA 30305 | petriem@gtlaw.com<br>kurzweild@gtlaw.com | Email |
| Counsel to Oxford Finance LLC | Greenberg Traurig LLP | Attn: Eric J. Howe<br>90 South Seventh Street<br>Suite 3500<br>Minneapolis MN 55402 | howee@gtlaw.com | Email |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: Shari L. Heyen, Eric J. Howe<br>1000 Louisiana Street, Suite 6700<br>Houston TX 77002 | heyens@gtlaw.com<br>howee@gtlaw.com | Email |
| Top 20 Unsecured Creditor | HCP Life Science REIT | C/O Healthpeak Properties, Inc.<br>HCP Life Science REIT (ACH)<br>1920 Main Street Suite 1200<br>Irvine CA 92614 | LISA.KUHN@CBRE.COM | Overnight Mail and Email |
| Top 20 Unsecured Creditor | HDMZ (ACH) | Attn: Harris D. Mckinney<br>55 West Wacker Drive Suite 850<br>Chicago IL 60601 | accounting@hdmz.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | IMEC VZW | Attn: President or General Counsel<br>Kapeldreef 75<br>Leuven B-3001 Belgium | barbb@peninsulacrane.com | Overnight Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | Overnight Mail |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | | Overnight Mail |
| Manual ECF Notice Party | Lexitas | Attn: President or General Counsel<br>1330 King St<br>Wilmington DE 19801 | | Overnight Mail |
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Locke Lord LLP | Attn: Brian A. Raynor<br>111 South Wacker Drive<br>Suite 4100<br>Chicago IL 60606 | braynor@lockelord.com | Email |

Exhibit B

Core/2002 Agenda Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Locke Lord LLP | Attn: Chelsey Rosenbloom List Brookfield Place 200 Vesey Street, 20th Floor New York NY 10281 | chelsey.list@lockelord.com | Email |
| Top 20 Unsecured Creditor | New England Biolabs | Attn: President or General Counsel PO Box 3933 Boston MA 02241-3933 | accountsreceivable@neb.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Novo Construction, Inc. | Attn: President or General Counsel 1460 O` Brien Drive Menlo Park CA 94025 | tbriar@novoconstruction.com | Overnight Mail and Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Jane M. Leamy 844 King Street, Suite 2207 Lockbox 35 Wilmington DE 19801 | jane.m.leamy@usdoj.gov | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Oligo Factory Inc | Attn President or General Counsel 70 Bartzak Drive Unit# 1 Holliston MA 01746 | | Overnight Mail |
| Counsel to Foresite Capital Fund IV, L.P. | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones, Peter J. Keane 919 N. Market Street, 17th Floor P.O. Box 8705 Wilmington DE 19801 | ljones@pszjlaw.com pkeane@pszjlaw.com | Email |
| Top 20 Unsecured Creditor | Paramit Corporation | Attn: President or General Counsel 18735 Madrone Parkway Morgan Hill CA 95037 | lnham@paramit.com | Overnight Mail and Email |
| Counsel to Farallon Capital Management, L.L.C. and any applicable affiliates | Polsinelli PC | Attn: Christopher A. Ward, Michael V. DiPietro 222 Delaware Avenue Suite 1101 Wilmington DE 19801 | cward@polsinelli.com mdipietro@polsinelli.com | Email |
| Counsel to Foresite Capital Fund IV, L.P. | Quinn Emanuel Urquhart & Sullivan LLP | Attn: Bennett Murphy 865 S. Figueroa St., 10th Floor Los Angeles CA 90017 | bennettmurphy@quinnemanuel.com | Email |
| Counsel to Debtors | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFrancheschi, David T. Queroli One Rodney Square 920 North King Street Wilmington DE 19801 | defranceschi@rlf.com queroli@rlf.com | Email |
| Top 20 Unsecured Creditor | Sada Systems | Attn: President or General Counsel 5250 Lankershim Blvd Suite# 620 North Hollywood CA 91601 | ever.deleon@sada.com | |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary Of The Treasury 100 F Street NE Washington DC 20549 | secbankruptcy@sec.gov | Overnight Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Andrew Calamari, Regional Director 200 Vesey Street, Suite 400 New York NY 10281 | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Overnight Mail and Email |

Exhibit B
Core/2002 Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Department One Penn Center 1617 JFK Boulelvard, Suite 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Stinson Communications ,Inc | Attn: President or General Counsel 141 Adelaide St W, Toronto ON M5H 3L5 Canada | | Overnight Mail |
| Top 20 Unsecured Creditor | Toolbox Medical Innovations | Attn: President or General Counsel 1050 Westlakes Drive Berwyn PA 19312 | lori.stark@te.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Transperfect Document Management, Inc. | Attn: President or General Counsel 1250 Broadway 32Nd Floor New York NY 10001 | ar@transperfect.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | UMC Group USA | Attn: President or General Counsel 488 Deguigne Drive Sunnyvale CA 94085 | ar@umc-usa.com | Overnight Mail and Email |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: David C. Weiss c/o Ellen Slights 1007 Orange St Ste 700 P.O. Box 2046 Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | Overnight Mail and Email |
| US Attorney for the District of Delaware | US Attorney For Delaware | Attn: President or General Counsel Hercules Building 1313 N Market Street Wilmington DE 19801 | USADE.Press@usdoj.gov | Overnight Mail and Email |
| Counsel to Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Wells Fargo Vendor Financial Services, LLC fka GE Capital Information Technology Solutions c/o A Ricoh USA Program f/d/b/a IKON Financial Services | Attn: Bankruptcy Administration P.O. Box 13708 Macon GA 31208-3708 | Bankruptcy@leasingconnection.com | Email |
| Top 20 Unsecured Creditor | Westec Plastics Corporation | Attn: President or General Counsel 6757 Las Positas Rd Livermore CA 94551 | lkulak@westecplastics.com | Overnight Mail and Email |
| Counsel to Debtors | Willkie Farr & Gallagher LLP | Attn: Rachel C. Strickland, Paul V. Shalhoub, Betsy L. Feldman, Jessica D. Graber, Richard Li 787 Seventh Avenue New York NY 10019 | rstrickland@willkie.com pshalhoub@willkie.com bfeldman@willkie.com jgraber@willkie.com rli@willkie.com | Email |