<div style="border: 1px solid black; padding: 10px;">
**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM.**
</div>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.[1] | Case No. 22-10621 (BLS) |
| Debtor. | <u>Rule 3018 Motion Deadline</u>: December 16, 2022 at 4:00 p.m. (ET) <br> <u>Objection Deadline</u>: December 20, 2022 at 4:00 p.m. (ET) <br> <u>Hearing Date</u>: January 5, 2023 at 10:00 a.m. (ET) |

**NOTICE OF OMNIBUS OBJECTION AND HEARING**

PLEASE TAKE NOTICE that, on December 6, 2022, the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") filed the *First Omnibus Objection (Non-Substantive) of the Debtor to Certain (I) Equity Interest Claims, (II) Amended and Superseded Claims, and (III) Duplicate Claims* (the "<u>Objection</u>")[2] with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>"). **Your claim(s) may be modified and/or disallowed as a result of the Objection. Therefore, you should read the attached Objection carefully.**

PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE DEBTOR OR OTHERWISE. THE RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE DEBTOR'S RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this Chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Objection.

ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE COURT.

PLEASE TAKE FURTHER NOTICE that if the holder of a claim that is the subject of the Objection wishes to respond to the Objection, the holder must file a written response (each a "Response") with:  (a) the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Daniel J. DeFranceschi, Esq., Michael J. Merchant, Esq., and David T. Queroli, Esq. (emails: defranceschi@rlf.com, merchant@rlf.com, and queroli@rlf.com) on or before **December 20, 2022 at 4:00 p.m. (prevailing Eastern Time)** (the "Response Deadline").

PLEASE TAKE FURTHER NOTICE that Responses to the Objection must contain, at minimum, the following: (a) a caption setting forth the name of the Court, the name of the Debtor, the case number, and the title of the Objection to which the Response is directed; (b) the name of the claimant, the claim number, and a description of the basis for the amount of the claim; (c) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Objection; (d) all documentation and other evidence in support of the claim, not previously filed with the Court or Kroll, upon which the claimant will rely in opposing the Objection; and (e) the name, address, telephone number, fax number and/or email address of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtor should communicate with respect to the Claim subject to the Objection or the Response and who possesses authority to reconcile, settle, or otherwise resolve the objection to the Claim on behalf of the claimant.

PLEASE TAKE FURTHER NOTICE that if no Response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing.  If a Response is properly filed, served and received in accordance with the above procedures and such Response is not resolved, a hearing to consider such Response and the Objection will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **January 5, 2023 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing").  Only a Response made in writing and timely filed will be considered by the Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that, as set forth in the Objection, and as a result of the filing thereof, pursuant to the Conditional Approval and Procedures Order, each holder of a Disputed Claim that is subject to the Objection is not entitled to vote to accept or reject the Combined Disclosure Statement and Plan on account of such claim, and if any claimant that is the holder of a Disputed Claim wishes to challenge the allowance of its claim for voting purposes, such claimant must file a motion, pursuant to Bankruptcy Rule 3018(a), for an order temporarily allowing its claim in a different amount or classification for purposes of voting to accept or reject the Combined Disclosure Statement and Plan (a "Rule 3018 Motion") by no later than **4:00 p.m. (prevailing Eastern Time) on December 16, 2022** (the "Rule 3018 Motion Deadline") and must serve the Rule 3018 Motion on the Debtor.

PLEASE TAKE FURTHER NOTICE that the obligation to file a Rule 3018 Motion by the Rule 3018 Motion Deadline is in addition to any obligation to file a Response by the Response Deadline set forth herein and in the Objection.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 6, 2022
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ James F. McCauley*
Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
David T. Queroli (No. 6318)
J. Zachary Noble (No. 6689)
James F. McCauley (No. 6991)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
merchant@rlf.com
queroli@rlf.com
noble@rlf.com
mccauley@rlf.com

*Counsel to the Debtor and Debtor-in-Possession*