**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co.[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>Re: Docket No. __ |

**ORDER SUSTAINING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE DEBTOR TO CERTAIN (I) EQUITY INTEREST CLAIMS, (II) AMENDED AND SUPERSEDED CLAIMS, AND (III) DUPLICATE CLAIMS**

Upon consideration of the omnibus objection (the "Objection")[2] of the debtor and debtor in possession in the above-captioned case (the "Debtor"), for entry of an order (this "Order"), pursuant to section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 (i) (a) disallowing and expunging the Schedule 1A Equity Claims, (b) disallowing and expunging the Schedule 1B Equity Claims to the extent they assert claims based on equity interests in the Debtor, (ii) disallowing and expunging the Amended and Superseded Claims, and (iii) disallowing and expunging the Duplicate Claims, all as more fully described in the Objection; and the Court having determined that the Court has jurisdiction to consider the Objection in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that venue of this proceeding and the Objection is proper pursuant to 28 U.S.C. §§ 1408

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this Chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Objection.

and 1409; and the Court having found that the Debtor's notice of the Objection and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Objection and the Moss Declaration and having heard the statements in support of the relief requested therein at a hearing, if any (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Objection, the Moss Declaration, and at the Hearing, if any, establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Objection is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is granted as set forth herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on the merits.

3. Each Proof of Claim listed under the heading "Schedule 1A Equity Interest Claims" on **Schedule 1A** annexed hereto is disallowed and expunged.

4. Each Proof of Claim listed under the heading "Schedule 1B Equity interest Claims" on **Schedule 1B** annexed hereto shall be disallowed and expunged to the extent it asserts amounts based on equity interest in the Debtor and shall remain on the claims register in a contingent and/or unliquidated amount as set forth on **Schedule 1B**, subject to the Debtor's further objections on any and all grounds.

5. Each Proof of Claim listed under the heading "Amended and Superseded Claims" on **Schedule 2** annexed hereto is disallowed and expunged. Each of the claims listed under the column labeled "Surviving Claims" on **Schedule 2** annexed hereto shall remain on the claims register, subject to the Debtor's further objections on any and all grounds.

6. Each Proof of Claim listed under the heading "Duplicate Claims" on **Schedule 3** annexed hereto is disallowed and expunged. Each of the claims listed under the column labeled "Surviving Claims" on **Schedule 3** annexed hereto shall remain on the claims register, subject to the Debtor's further objections on any and all grounds

7. The objection by the Debtor to the Disputed Claims, as addressed in the Objection and the schedules hereto, constitutes a separate contested matter with respect to each such Proof of Claim, as contemplated by Bankruptcy Rule 9014 and Local Rule 3007-1. This Order shall be deemed a separate Order with respect to each Disputed Claim.

8. Any stay of this Order pending appeal by any holder of a Disputed Claim or any other party with an interest in such claims that are subject to this Order shall only apply to the contested matter which involves such party and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters arising from the Objection or this Order.

9. The rights of the Debtor, or any other party in interest, as applicable to (a) file subsequent objections to any Disputed Claims on any ground, (b) amend, modify, and/or supplement the Objection, including, without limitation, the filing of objections to further amended or newly filed claims, (c) seek expungement or reduction of any claim to the extent all or a portion of such claim has been paid, and (d) settle any claim for less than the asserted amount are preserved.

10. The Debtor and Kroll are authorized to modify the claims register to comport with the entry of this Order.

11. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Objection.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Schedule 1

## Schedule 1A Equity Interest Claims

## Schedule 1A
## Schedule 1A Equity Interest Claims

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.

*(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed*  Case No. 22-10621

*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

| | | | | | |
|---|---|---|---|---|---|
| | **Schedule 1A Equity Interest Claims to be Disallowed** | | | | |
| **Seq. No.** | **Creditor Name** | **Claim No.** | **Claim Class** | **Asserted Claim Amount** | **Reason for Disallowance** |
| 1 | **Aliahmadi, Hossein**<br>Date filed: 11/03/2022 | 99 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>200,000.00<br>$ 200,000.00 | Claim No. 99 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 2 | **AMIDI, LLC**<br>Date filed: 11/03/2022 | 89 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>$634,751.00<br>$ 634,751.00 | Claim No. 89 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 3 | **Casdin Partners Master Fund, LP**<br>Date filed: 11/02/2022 | 73 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>1,499,996.26<br>$ 1,499,996.26 | Claim No. 73 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 4 | **Foresite Capital Fund IV, L.P.**<br>Date filed: 11/03/2022 | 88 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>$56,500,002.58*<br>$56,500,002.58* | Claim No. 88 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |

## Schedule 1A
## Schedule 1A Equity Interest Claims

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.

*(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed*  Case No. 22-10621

*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

| | | | **Schedule 1A Equity Interest Claims to be Disallowed** | | |
|---|---|---|---|---|---|
| **Seq. No.** | **Creditor Name** | **Claim No.** | **Claim Class** | **Asserted Claim Amount** | **Reason for Disallowance** |
| 5 | **Habibi, Golgoun**<br>Date filed: 10/28/2022 | 62 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>300,000.00<br>$ 300,000.00 | Claim No. 62 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 6 | **Manning Family Foundation**<br>Date filed: 10/11/2022 | 31 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>1,999,999.68<br>$ 1,999,999.68 | Claim No. 31 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 7 | **Mirhashemi, Hoda**<br>Date filed: 11/07/2022 | 110 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>$9,684.40*<br>$9,684.40* | Claim No. 110 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 8 | **Moghadam 2012 Trust dtd 12/18/12 decanted into Moghadam 2021 Trust**<br>Date filed: 10/28/2022 | 58 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>15,079,914.63<br>$ 15,079,914.63 | Claim No. 58 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 9 | **Nazari, Sara**<br>Date filed: 11/03/2022 | 100 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>100,000.00<br>$ 100,000.00 | Claim No. 100 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |

## Schedule 1A
## Schedule 1A Equity Interest Claims

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.

*(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed*  Case No. 22-10621

*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

| Seq. No. | Creditor Name | Claim No. | Claim Class | Asserted Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 10 | **PBM GEN Holdings, LLC**<br>Date filed: 10/11/2022 | 30 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>2,999,999.52<br>$ 2,999,999.52 | Claim No. 30 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 11 | **Roger, Frederic**<br>Date filed: 10/16/2022 | 33 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | $ -<br>-<br>-<br>-<br>20,868.00<br>$ 20,868.00 | Claim No. 33 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |

**Schedule 1A**
**Schedule 1A Equity Interest Claims**

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.
*(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed*  Case No. 22-10621
*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

| | Schedule 1A Equity Interest Claims to be Disallowed | | | | |
|---|---|---|---|---|---|
| Seq. No. | Creditor Name | Claim No. | Claim Class | Asserted Claim Amount | Reason for Disallowance |
| 12 | **Selby, Denisa**<br>Date filed: 11/01/2022 | 71 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>**(T)** | $ -<br>-<br>-<br>3,350.00<br>550.00<br>**$ 3,900.00** | Claim No. 71 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 13 | **Tran, Danny**<br>Date filed: 10/29/2022 | 64 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>**(T)** | $ -<br>-<br>-<br>-<br>2,170.00<br>**$ 2,170.00** | Claim No. 64 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |
| 14 | **YANG, WEN**<br>Date filed: 10/31/2022 | 68 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>**(T)** | $ -<br>-<br>-<br>-<br>22,423.44<br>**$ 22,423.44** | Claim No. 68 was filed on account of ownership of an equity interest in and is not a claim under the Bankruptcy Code. |

## Schedule 1B

## Schedule 1B Equity Interest Claims

**Schedule 1B**
**Schedule 1B Equity Interest Claims**

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.
(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed  Case No. 22-10621
*Claims are listed alphabetically. \*Includes unliquidated, contingent, or disputed amounts.*

| Seq. No. | Creditor Name | Claim No. | Claim Class | Asserted Claim Amount | Claim Class | Modified Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|---|
| 1 | **Darius HE Trust or The Goldman Sachs Trust Company of Delaware as Trustee of the Darius HE Trust** Date filed: 11/03/2022 | 102 | (S) (A) (B) (P) (U) (T) | $ - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 102 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 2 | **Esfandyarpour, Ph.D., Hesaam** Date filed: 11/03/2022 | 85 | (S) (A) (B) (P) (U) (T) | $ - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 85 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 3 | **Esfandyarpour, Ph.D., Majid** Date filed: 11/03/2022 | 103 | (S) (A) (B) (P) (U) (T) | $ - - - - $877,500.00* $877,500.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 103 asserts a claim for at least $877,500.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, at least $877,500.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $877,500.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 4 | **Esfandyarpour, Ph.D., Rahim** Date filed: 11/03/2022 | 106 | (S) (A) (B) (P) (U) (T) | $ - - - - $877,500.00* $877,500.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 106 asserts a claim for at least $877,500.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, at least $877,500.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $877,500.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 5 | **Esfandyarpour, Ph.D., Vahid** Date filed: 11/03/2022 | 104 | (S) (A) (B) (P) (U) (T) | $ - - - - $877,500.00* $877,500.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 104 asserts a claim for at least $877,500.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, at lease $877,500.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $877,500.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 6 | **Moghadam, Hamid R.** Date filed: 11/02/2022 | 80 | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 80 asserts an unliquidated claim based on claimant's ownership of equity interests in the Debtor, director compensation, and indemnity rights. To the extent the claim is based on claimant's ownership of equity interests, Claim No. 80 is not a claim under the Bankruptcy Code, and such portion of the claim should be disallowed and expunged. |
| 7 | **Parizi, Ph.D., Kosar** Date filed: 11/03/2022 | 90 | (S) (A) (B) (P) (U) (T) | $ - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 90 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 8 | **The Anahita KP Trust or The Goldman Sachs Trust Company of Delaware as Trustee of the Anahita KP Trust** Date filed: 11/03/2022 | 98 | (S) (A) (B) (P) (U) (T) | $ - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 98 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |

**Schedule 1B**
**Schedule 1B Equity Interest Claims**

**First Omnibus Objection (Non-Substantive) to Claims**  Redwood Liquidating Co.
(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed  Case No. 22-10621
*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Schedule 1B Equity Interest Claims to be Modified** |||||||||
| **Seq. No.** | **Creditor Name** | **Claim No.** | **Claim Class** | **Asserted Claim Amount** | | **Claim Class** | **Modified Claim Amount** | **Reason for Disallowance** |
| 9 | **The Cyrus The Great Trust** Date filed: 11/03/2022 | 96 | (S) (A) (B) (P) (U) (T) | $ | - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 96 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |
| 10 | **The Venus The Great Trust** Date filed: 11/03/2022 | 95 | (S) (A) (B) (P) (U) (T) | $ | - - - - $10,000,000.00* $10,000,000.00* | (S) (A) (B) (P) (U) (T) | $ - - - - Unliquidated Unliquidated | Claim No. 95 asserts a claim for at least $10,000,000.00 and certain other unliquidated amounts. According to the documentation attached to the Proof of Claim, more than $10,000,000.00 of the amount claimed is based on the claimant's ownership of equity interests in the Debtor. Accordingly, the liquidated portion of the asserted claim, $10,000,000.00, is not a claim under the Bankruptcy Code, and such amount should be disallowed and expunged. |

## Schedule 2

**Amended and Superseded Claims**

**Schedule 2**
**Amended and Superseded Claims**

**First (Non-Substantive) Omnibus Claims Objection**  Redwood Liquidating Co.
(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed  Case No. 22-10621
*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

|  | Claims to be Disallowed and Expunged | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq. No. | Creditor Name | Claim No. | Claim Class | Claim Amount | Creditor Name | Claim No. | Claim Class | Claim Amount | Reason for Disallowance |
| 1 | **Esfandyarpour, Ph.D., Hesaam** Date filed: 09/01/2021 | 18 | (S) (A) (B) (P) (U) (T) | $ - - - 15,150.00 312,600.00 $ 327,750.00* | **Esfandyarpour, Ph.D., Hesaam** Date filed: 11/03/2022 | 82 | (S) (A) (B) (P) (U) (T) | $ - - - 15,150.00 312,600.00 $ 327,750.00* | Claim number 18 was amended and superseded by claim number 82. |
| 2 | **Rategh, Hamid** Date filed: 08/23/2022 | 11 | (S) (A) (B) (P) (U) (T) | $ - - - 28,538.09 326,401.95 $354,940.04 | **Rategh, Hamid** Date filed: 10/20/2022 | 44 | (S) (A) (B) (P) (U) (T) | $ - - - 28,187.28 305,000.00 $ 365,896.88* | Claim number 11 was amended and superseded by claim number 44. |

# Schedule 3

# Duplicate Claims

**Schedule 3**
**Duplicate Claims**

**First (Non-Substantive) Omnibus Claims Objection**  
*(S) - Secured; (A) - Administrative; (B) - 503(b)(9); (P) - Priority; (U) - Unsecured; (T) - Total Claimed*  
*Claims are listed alphabetically. *Includes unliquidated, contingent, or disputed amounts.*

Redwood Liquidating Co.  
Case No. 22-10621

| | Claims to be Disallowed and Expunged | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Seq. No. | Creditor Name | Claim No. | Claim Class | Claim Amount | Creditor Name | Claim No. | Claim Class | Claim Amount | Reason for Disallowance |
| 1 | **Parizi, Ph.D., Kosar**<br>Date filed: 09/01/2021 | 19 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | -<br>-<br>-<br>15,150.00<br>$ 298,650.00<br>$ 313,800.00* | **Parizi, Kosar, Ph.D.**<br>Date filed: 11/03/2022 | 83 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | -<br>-<br>-<br>15,150.00<br>$ 298,650.00<br>$ 313,800.00* | Claim number 19 is duplicative of claim number 82. |
| 2 | **Parizi, Ph.D., Kosar**<br>Date filed: 11/03/2022 | 107 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | -<br>-<br>-<br>$ 10,000,000.00<br>$ 10,000,000.00* | **Parizi, Kosar, Ph.D.**<br>Date filed: 11/03/2022 | 90 | (S)<br>(A)<br>(B)<br>(P)<br>(U)<br>(T) | -<br>-<br>-<br>$ 10,000,000.00<br>$ 10,000,000.00* | Claim number 107 is duplicative of claim number 90. |