IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co.[1]<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>**Re: Docket No. 383** |

**ORDER (I) AUTHORIZING AND APPROVING
THE STIPULATION BY AND BETWEEN DEBTOR AND
FORESITE ENTITIES RESOLVING CLAIMS AND RELATED
ISSUES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the debtor and debtor in possession (the "Debtor") for entry of an order (the "Order"), pursuant to section 105 of the Bankruptcy Code and Bankruptcy Rule 9019, authorizing and approving the Settlement Agreement between the Debtor and Foresite, all as more fully described in the Motion; and the Court having determined that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtor's notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and the Court having reviewed the Motion and the Moss Declaration and having heard the statements in support of the relief requested therein

---

[1]　The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904).  The Debtor's service address in this Chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

[2]　Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

at a hearing, if any (the "Hearing");  and the Court having determined that the legal and factual bases set forth in the Motion, the Moss Declaration, and at the Hearing, if any, establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Settlement Agreement attached hereto as **Exhibit 1** is approved in its entirety pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019.

3. The Debtor is authorized, but not directed, to take all actions necessary to effectuate the relief granted pursuant to this Order.

4. The Debtor or Plan Administrator, as applicable, shall, upon the written request of Foresite, transmit a set of archived copies of the Potentially Relevant Records, other than the Potentially Privileged Documents, to Foresite; (ii) delivery of the Potentially Relevant Records will be made pursuant to Federal Rule of Evidence 502(d), without additional privilege review; (iii) Foresite shall be permitted to use the Potentially Relevant Records to pursue legal relief of any type, in any forum or jurisdiction, except insofar as its claims are subject to the releases below; and (iv) the Potentially Relevant Records, including the Potentially Privileged Documents, will be preserved and not destroyed or otherwise disposed of except by order of the Court on a motion duly noticed to Foresite and its counsel.

5. The Debtor and the Debtor's claims and noticing agent, Kroll Restructuring Administration LLC, are authorized to take any and all steps necessary or appropriate to carry out this Order.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry.

7. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 4th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4

RLF1 28407145v.1