**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Redwood Liquidating Co.[1] | Case No. 22-10621 (BLS) |
| Debtor. | |

**<u>AFFIDAVIT OF SERVICE</u>**

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On December 30, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **<u>Exhibit A</u>**:

- Fifth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Bankruptcy Counsel for the Period from November 1, 2022 through November 30, 2022 [Docket No. 401]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced document via electronic service in accordance with the Bankruptcy Court's CM/ECF system.

*[Remainder of page intentionally left blank]*

---

[1] The Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Debtor's service address in this chapter 11 case is 10385 Westmoor Dr. #100, Westminster, Colorado 80021.

Dated: January 9, 2023

*/s/ Alain B. Francoeur*
Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 9, 2023, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 66370

**<u>Exhibit A</u>**

Exhibit A

Fee Application Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Debtors | GenapSys, Inc. | Attn: President or General Counsel<br>200 Cardinal Way<br>3rd Floor<br>Redwood City CA 94063 | | First Class Mail |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: David B. Kurzweil and Matthew A. Petrie<br>Terminus 200<br>3333 Piedmont Road NE, Suite 2500<br>Atlanta GA 30305 | petriem@gtlaw.com<br>kurzweild@gtlaw.com | Email |
| Counsel to the Prepetition Secured Parties, Oxford Finance LLC | Greenberg Traurig LLP | Attn: Shari L. Heyen, Eric J. Howe<br>1000 Louisiana Street, Suite 6700<br>Houston TX 77002 | heyens@gtlaw.com<br>howee@gtlaw.com | Email |
| United States Trustee, District of Delaware | Office of the United States Trustee | Attn: Jane M. Leamy<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington DE 19801 | jane.m.leamy@usdoj.gov | First Class Mail and Email |
| Counsel to Debtors | Richards, Layton & Finger, P.A. | Attn: Daniel J. DeFrancheschi, David T. Queroli<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | defranceschi@rlf.com<br>queroli@rlf.com | Email |