IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co.[1]<br><br>                    Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS)<br><br>**Re: Docket No. 802** |

### ORDER FURTHER EXTENDING THE ADMINISTRATIVE EXPENSE CLAIM OBJECTION DEADLINE AND GRANTING RELATED RELIEF

Upon consideration of the motion (the "Motion")[2] of the Post-Effective Date Debtor in the above-captioned case, for entry of an order (this "Order"), further extending the Administrative Expense Claim Objection Deadline by approximately 120 days, from December 2, 2025, through and including April 1, 2026, without prejudice to the ability of the Post-Effective Date Debtor to request further extensions, and granting certain related relief, all as more fully described in the Motion; and the Court having determined that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 and Article XVII of the Combined Disclosure Statement and Plan; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Post-Effective Date Debtor's notice of the Motion and opportunity for a hearing were appropriate under the circumstances and no other notice need be

---

[1] The Post-Effective Date Debtor in this Chapter 11 Case, along with the last four digits of its federal tax identification number, is Redwood Liquidating Co. (3904). The Post-Effective Date Debtor's Service address in this Chapter 11 Case is P.O. Box 320362, Cocoa Beach, FL 32932.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

RLF1 34416810v.1

provided; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Post-Effective Date Debtor, its creditors, and other parties in interest; and upon all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Administrative Expense Claim Objection Deadline is hereby extended through and including April 1, 2026.

3. This Order is without prejudice to the Post-Effective Date Debtor's right to request additional extensions of the Administrative Expense Claim Objection Deadline.

4. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

**Dated: December 18th, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE